1              UNITED STATES DISTRICT COURT FOR THE
               NORTHERN DISTRICT OF OKLAHOMA
2

3

UNITED STATES OF AMERICA,    )
4                           )
          PLAINTIFF,    )
5                           )
vs.                )   Case No. 21-CR-439-GWC
6                           )
                       )
7    KEITH DUANE PARNELL,      )
                       )
8              DEFENDANT.    )
                       )
9

10

11

12            TRANSCRIPT OF JURY TRIAL PROCEEDINGS
       BEFORE THE HONORABLE GEOFFREY W. CRAWFORD
13             UNITED STATES DISTRICT JUDGE
            ON MARCH 7, 2022
14                  VOLUME I

15

16

17              A P P E A R A N C E S

18   FOR THE PLAINTIFF:

19
REAGAN V. REININGER and CHANTELLE DIAL, Assistant United
20   States Attorneys, 110 West 7th Street, Suite 300, Tulsa, OK
74119
21
FOR THE DEFENDANT:
22
THEODORE M. HASSE, Wirth Law Office, 500 7th Street, Tulsa, OK
23   74119

24

25   Transcribed by:  Laura Griffin, RPR, CRR, Laura_Griffin@oknd.uscourts.gov

01:27:43 PM

01:27:43 PM

**INDEX**

**EXAMINATION**

| **Witness Name** | **Page** |
| --- | --- |

Kelsey Blaylock
  Direct By Ms. Dial ......................................... 6
  Cross By Mr. Hasse ......................................... 107

**United States District Court**

1               MARCH 07, 2022

2      (OPENING STATEMENTS WERE HAD BUT NOT DESIGNATED AS PART OF

3   THIS RECORD.)

4      (THE FOLLOWING PROCEEDINGS WERE HAD IN OPEN COURT, OUTSIDE

5   THE PRESENCE AND HEARING OF THE JURY:)

6           THE COURT:  Would you like to start by reading the

7   stipulation out loud?

8           MS. REININGER:  I can, Your Honor, unless the Court

9   wants to.  I'm happy to.

10          THE COURT:  Is that fine with you?

11          MR. HASSE:   Perfect.

12          THE COURT:  We'll bring in the jury then.

13     (THE FOLLOWING PROCEEDINGS WERE HAD IN OPEN COURT, WITHIN

14   THE PRESENCE AND HEARING OF THE JURY:)

15          THE COURTROOM DEPUTY:  We're back on the record in

16   case number 21-CR-439, United States of America versus Keith

17   Duane Parnell.

18          THE COURT:  All right.  We'll start with the

19   government's case.  The prosecution and the defense have

20   reached an agreement on a couple of facts.  We call that a

21   stipulation.  These relate to Mr. Parnell's descent from

22   Indian heritage, which is a legal element of the case, and

23   also the location of the alleged -- the addresses that are

24   alleged to be involved in the offenses within the Indian

25   territory, the Indian Country.

1          So those are both legal issues.  We'll start with a

2   reading of those short factual stipulations and then we'll

3   proceed with the government's evidence.

4          MS. REININGER:  Thank you, Your Honor.

5          Stipulation:  Defendant Parnell's Indian status.  The

6   United States of America, represented by Reagan V. Reininger

7   and Chantelle Dial, Assistant United States Attorneys, and

8   defendant Keith Duane Parnell, represented by Theodore M.

9   Hasse, hereby stipulate and agree that at all times relevant

10  to the charges in this case, Keith Duane Parnell was and is a

11  member of the Cherokee Nation, a federally recognized Indian

12  Tribe with some quantum of Indian blood and therefore is an

13  Indian person.

14         Therefore, because the parties agree that the Defendant

15  Parnell is Indian, this element is proven beyond a reasonable

16  doubt for Counts 1 through 10 of the indictment and the

17  government need not present additional evidence that defendant

18  Parnell is Indian.

19         Dated this 7th day of March, 2022, signed by the parties.

20         Stipulation:  Indian Country.  The United States of

21  America, represented by Reagan V. Reininger and Chantelle

22  Dial, Assistant United States Attorneys, and Defendant Keith

23  Duane Parnell, represented by Theodore M. Hasse, hereby

24  stipulate and agree that at all times relevant to the charges

25  in this case, the following addresses were located within the

1    Northern District of Oklahoma and within the Cherokee Nation

2    Indian Reservation and thus in Indian Country, pursuant to

3    Title 18 of the United States Code, Section 1151.

4         Number 1.  904 Southeast 22nd Street, Pryor, Oklahoma,

5    74361.

6         Number 2.  501 North Taylor Street, Number 135, Pryor,

7    Oklahoma, 74361.

8         Number 3.  116 South Indianola Street, Pryor, Oklahoma,

9    74361.

10        Number 4.  729 East 460 Road, Pryor, Oklahoma, 74361.

11        Number 5.  1925 North 4364 Road, Pryor, Oklahoma, 74361.

12        Number 6, 321 North Mayes Street, Pryor, Oklahoma, 74361.

13        Therefore, because all parties agree that the above

14   addresses are within Indian Country, this element is proven

15   beyond a reasonable doubt for Counts 1 through 10 of the

16   indictment, and the government need not present evidence the

17   locations of the alleged conduct in Counts 1 through 10 of the

18   indictment were within Indian Country in the Northern District

19   of Oklahoma.  Dated this 7th day of March, 2022, signed by the

20   parties.

21        THE COURT:  All right.  You know one scheduling

22   thing, so people don't worry, we'll take a break about 3:15.

23   We'll go to 5:00.

24        Tomorrow I need a little time in the afternoon, late in

25   the afternoon, with the attorneys so I'll let you out a little

1    early so that we don't hold you up, so we'll stop about 4:00.

2         Would you like to call your first witness.

3              MS. REININGER:  We would.  Your Honor, at this time

4    the government calls Kelsey Blaylock.

5              THE COURTROOM DEPUTY:  Ms. Blaylock, if you'll come

6    forward right here, I'll swear you in, please.  Raise your

7    right hand.

8         (WITNESS SWORN)

9              THE COURTROOM DEPUTY:  Thank you.  You can go ahead

10   and have a seat in the witness chair and adjust the mic if you

11   need to.

12             THE COURT:  Good afternoon.  Thank you for coming

13   in.

14             MS. REININGER:  May I proceed?  Thank you.

15                        KELSEY BLAYLOCK

16   having been called as a witness, after being first duly sworn,

17   testified as follows:

18                       DIRECT EXAMINATION

19   BY MS. REININGER:

20   Q.  Ms. Blaylock, would you please state your name for the

21   record.

22   A.  Kelsey Blaylock.

23   Q.  How do you spell your last name?

24   A.  B-l-a-y-l-o-c-k.

25   Q.  Ms. Blaylock, do you know why you're here today?

1    A.   Yes.

2    Q.   Are you comfortable talking about your family members?

3    A.   Yes.

4    Q.   Okay.  Can you tell me when you were growing up as a child

5    where you grew up?

6    A.   In Pryor, Oklahoma.

7    Q.   Who did you live with?

8    A.   My parents.

9    Q.   What's your mom's name?

10   A.   Jennifer Parnell.

11   Q.   What's your dad's name?

12   A.   Keith Parnell.

13   Q.   Do you see your dad in the courtroom today?

14   A.   Yes.

15   Q.   Can you identify where he's sitting and what he's wearing?

16   A.   He's wearing a turquoise shirt.

17          MS. REININGER:  Your Honor, I request the record

18   reflect identification of the defendant.

19          THE COURT:  Yes.

20   Q.   (BY MS. REININGER) Who else did you live with besides your

21   mom and your dad?

22   A.   My -- my Aunt Stephanie.

23   Q.   When you were little, before you lived with your Aunt

24   Stephanie, who did you live with in your house?

25       Let me ask you this, do you have any siblings?

1    A.  Yes.

2    Q.  Who are your siblings?

3    A.  Jasmine Parnell, Branden Parnell, Brice Parnell and Kayla

4    Parnell.

5    Q.  Your sister Jasmine, is she your twin sister?

6    A.  Yes.

7    Q.  When were you guys born?

8    A.  January 28th of 1993.

9    Q.  And you then said you had a brother named Branden and

10   another brother named Brice?

11   A.  Yes.

12   Q.  And another sister named Kayla; is that correct?

13   A.  Yes.

14   Q.  How old is Kayla?

15   A.  She's 28.

16   Q.  Is she about a year younger than you?

17   A.  Yes.

18   Q.  And how much younger is Branden than you?

19   A.  He's four years younger.

20   Q.  What about Brice?

21   A.  He's two years younger.

22   Q.  Okay.  So Branden is the youngest, then Brice, then Kayla,

23   and then the two twins, you and Jasmine?

24   A.  Uh-huh.

25   Q.  Okay.  Do you know how old your dad is?

1    A.   About 50 maybe.

2    Q.   Okay.  And I want to talk to you about your current family

3    members.  Are you married?

4    A.   Yes.

5    Q.   And what's your husband's name?

6    A.   Jesse Blaylock.

7    Q.   And do you have any children of your own?

8    A.   Yes.

9    Q.   What are your children's names?

10   A.   Aubrey Blaylock and Heath Blaylock.

11   Q.   How old is Aubrey?

12   A.   She's five.

13   Q.   How old is Heath?

14   A.   He's three.

15   Q.   Kelsey, when you came in to court today, you swore to tell

16   the truth and you raised your right hand.  Are you promising

17   me today that you're going to tell this jury the truth and

18   what you know to be your truth?

19   A.   Yes, ma'am.

20   Q.   Okay.  Are you nervous?

21   A.   Yeah.

22   Q.   I want to talk to you about the first house that you

23   remember living in as a child.  Do you remember where that

24   house was?

25   A.   Uh-huh.  It's a -- it was a blue house at the time and it

1    was by a beauty salon in Pryor, Oklahoma.

2    Q.  Kelsey, I'm showing you what has been marked, if I can get

3    it, as Government's Exhibit Number 1.  Do you recognize this

4    house?

5    A.  Yes.

6    Q.  And is this the house that was by the beauty salon in

7    Pryor?

8    A.  Yes.

9    Q.  The first house that you have a recollection of living in?

10   A.  Yes.

11   Q.  Do you remember about how old you were when you were

12   living in this house?

13   A.  Five or six.

14   Q.  So being five or six years old, was your sister Kayla

15   around?

16   A.  Yes.

17   Q.  And was your brother Brice, had he been born?

18   A.  Yes.

19   Q.  And what about Branden?

20   A.  Yes.

21   Q.  Okay.  Did you live at this house with your mom and your

22   dad?

23   A.  Yes.

24   Q.  Tell me about how long you lived in this house for.

25   A.  About a year.  A little more than a year.

1    Q.   Is it fair to say that you guys moved around a lot?

2    A.   Yes.

3    Q.   What was it like in your home?  Can you explain what daily

4    living was like in your home?

5    A.   It was -- until everything started happening it was -- I

6    don't really remember that young.

7    Q.   How many bedrooms do you remember being in this house?

8    A.   Three.

9    Q.   Do you remember being five years old what bedroom you had?

10   A.   Yes.

11   Q.   And did you have to share a bedroom?

12   A.   Yes.

13   Q.   Who did you share a bedroom with?

14   A.   My sisters.

15   Q.   Both Kayla and Jasmine?

16   A.   Yes.

17   Q.   And did the boys sleep in their own bedroom?

18   A.   They had a room but I don't remember if they slept in it.

19   Q.   And who slept in the third bedroom?

20   A.   My parents.

21   Q.   What was it like growing up with your dad?  What kind of

22   dad was he?

23   A.   He was -- he was good and bad.

24   Q.   What was good about him?

25   A.   He was good at listening to us and trying to understand

1   where we're coming from.

2   Q.  Did he do things with you guys?  Fun things?

3   A.  When we went as a family that I remember, yes.

4   Q.  Do you recall living in this house who took care of you

5   most of the time?

6   A.  In this house?

7   Q.  Yes.

8   A.  I remember he was there most of the time and my mom was

9   gone.

10  Q.  Do you know where your mom was?

11  A.  No.

12  Q.  Is this the way that you remember your house or does this

13  photo -- is it any different from the way your house was when

14  you were five?

15  A.  It was blue.

16  Q.  So the fact that it's white now, it was not white when you

17  were living there?

18  A.  No.

19  Q.  Were you in school at this time?

20  A.  Yes.

21  Q.  Where did you go to school?

22  A.  Washington Elementary.

23  Q.  What grade were you in?

24  A.  Kindergarten and first grade.

25  Q.  I want to direct your attention to a time about the age

1  when you were five years old.  Do you have a memory of

2  anything bad happening with your dad in this house?

3  A.   Yes.

4  Q.   What's the first thing that you remember?

5  A.   I remember that in my brother's room, I don't know if

6  they -- it was the playroom or what, but it was -- there was

7  toys everywhere and he -- him and Jasmine were laying in the

8  floor and I had got up to go to the bathroom and when I came

9  back, he was French-kissing Jasmine.

10 Q.   What do you mean by French-kissing Jasmine?  What does

11 French-kissing mean to you?

12 A.   Kissing her with tongue.

13 Q.   Did you see where he was kissing her?

14 A.   On the mouth.

15 Q.   What did you think when you saw this?

16 A.   I was -- couldn't stop staring because I had never seen it

17 before.

18 Q.   Where were your brothers?

19 A.   I don't remember.

20 Q.   And what about your sister Kayla?

21 A.   To my knowledge we were all in that room but I'm not for

22 sure.

23 Q.   When you walked in and saw your dad French-kissing your

24 sister, what did you do?

25 A.   I just stared at them and he asked me if I wanted to do

1    it, try it, and he motioned me over so I went over to him

2    and --

3    Q.   What did you do?

4    A.   I -- he was laying down on his side on the floor and I got

5    down beside him and he started doing it to me.

6    Q.   And what did he do to you?

7    A.   He started kissing me.

8    Q.   Do you remember where he kissed you?

9    A.   My neck and my mouth.

10   Q.   And you had said earlier that French kissing was kissing

11   with tongue; is that correct?

12   A.   Yes, ma'am.

13   Q.   Was that the way that he was kissing you as well?

14   A.   Yes, ma'am.

15   Q.   How did it make you feel, Kelsey?

16   A.   It felt like it was wrong but he said it was okay so I

17   just went with what he told me to do.

18   Q.   Did you want to kiss your dad like that?

19   A.   No.  I didn't know what it was.

20   Q.   Did you ever talk with your dad about kissing like that at

21   a later date?

22   A.   No.

23   Q.   Did you ever talk to your sister Jasmine about kissing

24   your dad like that at another time?

25   A.   No.

1    Q.   Why didn't you talk to your sister Jasmine about French

2    kissing your dad?

3    A.   Because I was five and -- I don't know.  Little kids don't

4    go -- and little five-year-olds don't go and say, "hey, guess

5    what I did with dad."

6    Q.   At some point, though, do you go and tell someone what

7    happened?

8    A.   Yes.

9    Q.   Who did you tell?

10   A.   My mom and my Aunt Stephanie were sitting in the living

11   room and he was in their bedroom.

12   Q.   When did this happen?  How much time had passed from the

13   kissing to the time that you told your mom and Aunt Stephanie?

14   A.   I'm not for sure.

15   Q.   Do you know if it was days, months?

16   A.   I don't remember.

17   Q.   And why did you then tell your mom and your Aunt Stephanie

18   about your dad kissing you?

19   A.   Because I thought it was a game.  I said that he was

20   licking -- that dad was licking my ears.

21   Q.   And what happened when you told your mom and your aunt

22   that your dad was licking your ears?

23   A.   I remember Stephanie saying, "What?" And he came around

24   the corner and said he was just giving me wet willies.

25   Q.   And was that the end of the conversation?

1    A.   Yeah.   They laughed it off and we went on -- or he pulled

2    me to the side after they weren't paying attention.

3    Q.   Was this at the same time or was this at a different date?

4    A.   The same time.

5    Q.   And you say he pulled you to the side.   Do you remember

6    where he pulled you?

7    A.   Yes.   There was like a little bitty hall in front of their

8    bedroom and in front of the bathroom.

9    Q.   And what happens when he pulls you into the little bitty

10   hall?

11   A.   He told me not to be telling people that because I

12   wouldn't have a mom and a dad.

13   Q.   What did you think?

14   A.   I was scared.

15   Q.   Why were you scared?

16   A.   Because I didn't want to lose my mom and dad.

17   Q.   Was there anything else bad that happened in this home

18   that we're looking at right now that you recall?

19   A.   Yes.

20   Q.   What was the next bad thing that happened that you recall?

21   A.   We were playing outside.

22   Q.   Do you remember about how old you were?

23   A.   Five or six.

24   Q.   Who was "we" that were playing outside?

25   A.   Me and my siblings.

1    Q.   Was your mom and dad home?

2    A.   He was.  She wasn't.

3    Q.   Do you know where your mom was?

4    A.   (SHAKES HEAD SIDE TO SIDE)

5    Q.   Do you know what your dad was doing?

6    A.   He was outside working on his truck.

7    Q.   The way that we're looking at that house right now can you

8    identify for the jury about where he would have been working

9    on his truck and where you would have been playing with your

10   siblings?

11   A.   He parked his truck to the left of that house and there's

12   a swing set right in front of where his truck would have been

13   parked.

14   Q.   So that big, long window on the left-side of the house,

15   was that about the area where you guys were playing on a swing

16   set?

17   A.   About, yes.

18   Q.   And his truck would have been to the -- you said to the

19   left-side kind of where that empty grassy spot is?

20   A.   Yes, ma'am.

21   Q.   Okay.  What do you remember happening about this time?

22   A.   He told everyone to keep playing and he asked me to come

23   in, that he needed to talk to me about something.  And when I

24   went in, where the air conditioner is in the picture, he was

25   waiting and he said that he had a boo-boo.

1  Q.  When he asked you to come inside the house, what were you

2  thinking?

3  A.  That he was going to ask me a question.

4  Q.  Did you think that he was going to be asking you to do

5  anything sexual?

6  A.  Not yet.

7  Q.  Okay.  And so when you got inside the house, can you

8  please describe for the jury to understand what happened next.

9  A.  He said he had a boo-boo and he -- he pulled his pants

10  down and he said he needed me to kiss it and I just stared at

11  it because I didn't know -- I had never seen a penis before.

12  Q.  You were you said around five or six years old?

13  A.  Yes, ma'am.

14  Q.  This was the first time that you had seen a penis?

15  A.  (NODS HEAD UP AND DOWN)

16  Q.  So what did you do?

17  A.  He said, "I'm going to show you a different way to kiss my

18  boo-boo."  And he said, "open your mouth," and so I did and he

19  grabbed the back of my head and put it in my mouth.

20  Q.  How did it make you feel?

21  A.  I didn't want to do it.

22  Q.  How long was his penis in your mouth?

23  A.  I don't remember.  I don't remember anything after that.

24  Q.  Do you know what made him stop?

25  A.  No, ma'am.

1    Q.   Do you recall if he ejaculated?

2    A.   I don't recall.

3    Q.   Do you remember what you were wearing that day?

4    A.   I remember it was summer but I don't remember what I was

5    wearing.

6    Q.   Did you tell anyone about your dad putting his penis in

7    your mouth?

8    A.   No, ma'am.

9    Q.   Why not?

10   A.   Because he said if I tell, then I wouldn't have a mom and

11   dad, and I didn't want that to happen.

12   Q.   Did he tell you this at this time or are we still

13   referencing the previous time about the French-kissing?

14   A.   The previous time.

15   Q.   Do you recall him ever saying anything to you, after he

16   had put his penis in your mouth, about telling?

17   A.   Not that I recall.

18   Q.   You had testified that he wanted to teach you a new way of

19   kissing his boo-boo.  Had you kissed his boo-boo before this?

20   A.   Yes, ma'am.

21   Q.   Do you remember when that happened?

22   A.   It was in the same house and I was about the same age and

23   he had me come into his bedroom with him and the lights were

24   out and I was scared because I was scared of the dark and he

25   said it was okay.  And I remember he was laying in front of

1    the bedroom door.  I could see his silhouette because the

2    lights from shining under the door and he told me to bend down

3    and said he had a boo-boo and he needed me to kiss it.

4    Q.  What did you think at that time, being around five or six

5    years old, when your dad tells you he has a boo-boo?

6    A.  At the time I didn't know where I was kissing it at so I

7    wanted to fix it for him.

8    Q.  And did you ever see his boo-boo?

9    A.  No, ma'am.

10   Q.  Did you in fact kiss his boo-boo?

11   A.  Yes.

12   Q.  Did you ever touch his boo-boo?

13   A.  I remember -- yes.

14   Q.  Can you explain to me how it came to be where you were

15   touching his boo-boo?

16   A.  He put my hand -- now that I -- now that I'm older, I know

17   where he put it, but he put my hand on his -- between his

18   testicles and his penis and I remember it feeling prickly, and

19   he kept telling me to kiss it right there.

20   Q.  Did you want to kiss his boo-boo?

21   A.  At the time, yes, because I didn't know what it was.

22   Q.  And now as an adult you understand that you were kissing

23   his penis?

24   A.  Yes.

25   Q.  Do you know about how long you were in the back bedroom

1    with him when this was going on?

2    A.   No.

3    Q.   Where was your mom at the time?

4    A.   I don't know.

5    Q.   And where were your siblings at the time?

6    A.   They were playing.

7    Q.   Were they playing inside the house or outside?

8    A.   Outside.

9    Q.   Did you tell anyone about kissing your dad on his boo-boo

10   the first time?

11   A.   Not that I recall.

12   Q.   Was this after the French-kissing incident?

13   A.   Yes.

14   Q.   So he had already told you about not telling anyone?

15   A.   Yes.

16   Q.   Could you refresh my memory, how long did you say that you

17   lived in this house that the jury is seeing?

18   A.   A little over a year.

19   Q.   And where did you guys move after you left this house?

20   A.   We moved to I think it was Adair.

21   Q.   Did you guys live in a trailer park in Adair?

22   A.   Yes.

23   Q.   And do you remember about what grade you were in when you

24   were at -- living in Adair?

25   A.   I had to repeat the first grade so I was in first grade

1 again and I was probably seven.

2 Q.  Okay.  Do you recall anything happening with your dad at

3 the house in Adair?

4 A.  No, ma'am.

5 Q.  I'm showing you what has been marked as Government's

6 Exhibit Number 2.  Do you recognize this house?

7 A.  Yes, ma'am.

8 Q.  Where do you recognize this house to be located?

9 A.  It was in a trailer park in Pryor.

10 Q.  Was this at the location that you moved into after

11 Adair?

12 A.  Yes, ma'am.

13 Q.  Do you remember about how many bedrooms were in this

14 house?

15 A.  It had two.

16 Q.  And could you explain who lived in what rooms?

17 A.  My mom and dad had a bedroom and us five kids had one.

18 Q.  Where was the bedroom that your mom and dad lived in?  Can

19 you identify on the picture?

20 A.  It's the first window.  There's two double windows and

21 then it's the first window to your left.

22 Q.  So right here or over here?

23 A.  Yeah, right there.

24 Q.  Okay.  And where was the bedroom that you shared with your

25 four siblings?

1   A.   It was at the very back of the house.

2   Q.   So even back here?

3   A.   Yes.

4   Q.   Okay.  Was this the door to get into the house?

5   A.   Yes.

6   Q.   And then what is this area that's up here towards the

7   front?

8   A.   The kitchen and dining.

9   Q.   Does this resemble the way that you remember the house

10  looking like when you lived in it?

11  A.   The outside was a little better upkept.

12  Q.   But generally was this the way that it appeared?

13  A.   (NODS HEAD UP AND DOWN)

14  Q.   Okay.  Who all lived in this house with you?

15  A.   All five of us and my parents.

16  Q.   Do you remember where this house was located?  Or anything

17  that was near this house?

18  A.   Kla-Mart was across the highway from the trailer park.

19  Q.   And about how old were you when you were living in this

20  house?

21  A.   I was in second and third grade in this house, so eight,

22  nine.

23  Q.   Where did you go to school at the time?

24  A.   We went -- we got moved to Roosevelt Elementary.

25  Q.   When you were living in this house, you said that you

1   shared a bedroom with all of your siblings; is that correct?

2   A.   Yes, ma'am.

3   Q.   Did you guys have multiple beds in your bedroom?

4   A.   No, ma'am.

5   Q.   Did you always sleep in your bedroom?

6   A.   No, ma'am.

7   Q.   Where else would you sleep if you didn't sleep in your

8   bedroom?

9   A.   I would fall asleep on the couch.

10  Q.   Okay.  And if this is the front door, would this area in

11  here be the living room?

12  A.   Yes, ma'am.

13  Q.   How often do you think that you slept on the couch when

14  you were living in this house?

15  A.   Quite a few times.

16  Q.   Did you like sleeping on the couch?

17  A.   It was better than sleeping on the floor.

18  Q.   And if you were sleeping in your bedroom with your

19  siblings, would you sometimes sleep on the floor?

20  A.   Yes, ma'am.

21  Q.   Was there anything that happened at this house that was

22  inappropriate with your dad?

23  A.   Yes, ma'am.

24  Q.   What was the first memory that you have of this house

25  where something inappropriate happened?

1  A.  I was sleeping on the couch and everyone had just laid

2  down to go to sleep and I remember I was laying to the left of

3  that white door.  The couch would have been right next to

4  it.

5  Q.  Over here?

6  A.  Yes, ma'am.

7  Q.  Okay.

8  A.  My mom walked outside to get something out of her van, and

9  as soon as the door shut, he came out of his room and --

10  Q.  Let me stop you, Kelsey.  You said everyone had laid down

11  to go to sleep; right?

12  A.  Uh-huh.

13  Q.  Was this daytime, nighttime?

14  A.  Nighttime.

15  Q.  Do you remember if it was dark outside or if it was light

16  outside?

17  A.  It was dark and cold.

18  Q.  And you say "cold."  Do you think it was then like during

19  winter?

20  A.  Yes, because when she opened the door, I felt it.

21  Q.  Where were your siblings?

22  A.  I assume in our bedroom.

23  Q.  Was there anybody else in the living room or on the couch

24  or --

25  A.  No, ma'am.

1   Q.  You said that your mom walked outside to her van.  I'm

2   pointing here to kind of a concrete driveway area.  Was this

3   the area where your mom's van was located?

4   A.  Yes, but sometimes she parked sideways on the street.

5   Q.  Okay.  And you remember her going outside to her car?

6   A.  Yes.

7   Q.  What makes you think she was going out to her car and that

8   she didn't go somewhere?

9   A.  I -- she just walked outside so I thought that's where she

10  was going.

11  Q.  Okay.  Do you remember what you were wearing that day?

12  A.  I remember I had an oversized Mickey Mouse t-shirt on and

13  my underwear.

14  Q.  Did you have any pants or shorts on over your underwear?

15  A.  No, ma'am.

16  Q.  And you were just sitting on the couch?

17  A.  I was laying down.

18  Q.  Pillows and blankets or were you just sitting there on the

19  couch by itself?

20  A.  Pillows and blankets.

21  Q.  What were you doing on the couch?

22  A.  I was going to go to sleep.  We had school the next day.

23  Q.  So there wasn't a TV on or you weren't reading or anything

24  like that?

25  A.  No, ma'am.

1   Q.   And you said you remember your mom walking out and the

2   door closing.  And then what do you remember happening after

3   that?

4   A.   He came out of his room.

5   Q.   When you say "he," who are we talking about?

6   A.   Keith.

7   Q.   And what did he do when he came out of his room?

8   A.   He uncovered me and told me he was going to show me

9   something.

10  Q.   What did he do?

11  A.   He pulled my underwear down and --

12  Q.   What did you do when he pulled your underwear down?

13  A.   I thought, "not again."  I didn't want it to happen again

14  but I didn't have a choice.

15  Q.   Why do you feel like you didn't have a choice?

16  A.   Because he's my dad and I have to do what he says.

17  Q.   So what happened when he pulled your underwear down?

18  A.   He wrapped my legs around his head.

19  Q.   And then what did he do?

20  A.   He started kissing me down there.

21  Q.   When you say that he "started kissing you down there," can

22  you tell me where on your body you remember him kissing you?

23  A.   On my vagina.

24  Q.   Did he kiss you and that was it or did he do something

25  else?

1    A.   He was kissing me and using his tongue.

2    Q.   Did you notice anything about his body or what he was

3    doing when he was kissing your vagina?

4    A.   He was in his underwear and he always wears a gold -- a

5    gold chain around his neck.

6    Q.   And you remember him just being in underwear and his gold

7    necklace?

8    A.   Yes, ma'am.

9    Q.   Did he talk to you while he was kissing your vagina?

10   A.   Yes.  He asked me if it felt good.

11   Q.   And did you respond?

12   A.   No.

13   Q.   What were you thinking when he was kissing your vagina?

14   A.   I was scared that my mom was going to walk in and see and

15   that I was going to be in trouble.

16   Q.   Did you tell him to stop?

17   A.   No.

18   Q.   How long did he kiss your vagina for?

19   A.   Just a few minutes.

20   Q.   Do you know what made him stop?

21   A.   He heard my mom coming up on the steps of the porch.

22   Q.   Was it common for you guys to be able to hear people

23   outside of the house?

24   A.   Yes, ma'am.

25   Q.   Did your mom in fact come back inside the house?

1  A.  Yes, ma'am.

2  Q.  And what happened when your mom came back inside?

3  A.  Before she made it to the door, he pulled -- he threw the

4  covers over my bottom and about the time she opened the door

5  he was -- it looked like he was just sitting there.

6  Q.  When he pulled your underwear down, did he pull it -- your

7  underwear totally off or did he pull it just down a little bit

8  or something else?

9  A.  He left one leg in and one leg out.

10  Q.  So your mom came in, he threw the covers over you, can you

11  explain then what happened?

12  A.  She asked him what he was doing and he said, "nothing,

13  just giving her a kiss good night."

14  Q.  Then what happened?

15  A.  They went to their bedroom.

16  Q.  What were you thinking?

17  A.  I started crying because I was -- I thought she saw and I

18  was embarrassed and humiliated and I was worried that I was

19  going to be in trouble.

20  Q.  Did you tell anyone about your dad kissing your vagina?

21  A.  No, ma'am.

22  Q.  Why not?

23  A.  Because back to the very first time he said not to.  And

24  they were strict so I had to do what he said.

25  Q.  But you thought your mom maybe had seen your dad kissing

1    your vagina?

2    A.   Yes, ma'am.

3    Q.   Did she ever indicate to you at any time that she had seen

4    what he was doing?

5    A.   No, ma'am.

6    Q.   Was there anything else bad that happened inside of this

7    house that you recall?

8    A.   Yes, ma'am.

9    Q.   What was the next memory that you have inside this house?

10   A.   In their bedroom.  I don't know where my mom was again.

11   Q.   And about what time of day was this that you recall?

12   A.   It was at night.

13   Q.   How old were you?

14   A.   About the same age.

15   Q.   So second to third grade or nine to ten years old?

16   A.   Yes, ma'am.

17   Q.   And you said you were in your parents' bedroom?

18   A.   Yes.

19   Q.   Why were you in your parents' bedroom?

20   A.   Because they had a mattress on the floor and I didn't want

21   to sleep on the floor again.

22   Q.   And your mother wasn't there?

23   A.   No, ma'am.

24   Q.   So do you go into your parents' bedroom to go to sleep?

25   A.   Yes, ma'am.

1   Q.   What happens when you go in to go to sleep in your

2   parents' bedroom?

3   A.   He flipped the lights on and came into the room.

4   Q.   Were you already asleep?

5   A.   Yes, ma'am.

6   Q.   When you went into the bedroom, was he in the bedroom in

7   bed?

8   A.   No, ma'am.

9   Q.   When you went into the bedroom, do you know where he was

10  in the house?

11  A.   No, ma'am.

12  Q.   Okay.   And so you recall waking up to the lights being

13  turned on?

14  A.   Yes.

15  Q.   What's the next thing you recall?

16  A.   He shut the door and he walked over and he -- he pulled

17  out his penis while he fingered me and told me to rub it back

18  and forth.

19  Q.   Okay.   And he walks over to the bed where you were lying;

20  is that correct?

21  A.   Yes, ma'am.

22  Q.   Were you on the left side of the bed or the right side?

23  A.   When you walk into the room, I would have been on the left

24  side.

25  Q.   And do you remember what your dad was wearing?

1    A.   No, ma'am.

2    Q.   You said that he pulled out his penis and that he started

3    fingering you.  Can you explain to me what happened first?

4    A.   He pulled out his penis and put my hand on his penis and

5    told me to rub it back and forth.

6    Q.   Had you touched his penis with your hand before?

7    A.   Other than when the -- he turned the lights off in the

8    first house but I didn't know that that's what I was touching,

9    so, no.

10   Q.   Was that when you were kissing his boo-boo?

11   A.   Yes.

12   Q.   Okay.  So you're laying on your back, your side, or

13   something else?

14   A.   I was laying on my back.

15   Q.   And he was standing to your right?

16   A.   Yes.

17   Q.   And can you explain then what he did?

18   A.   He -- when he came in, I was laying on my back and he was

19   to my left and he walked over.  The lights woke me up.

20   Q.   You just said he was on your left.

21   A.   Or I mean my right.

22   Q.   Your right?

23   A.   My right, sorry.

24   Q.   And the lights woke you up.  Then what happened?

25   A.   He walked over and he said that he wanted to do something

1   to me and he pulled out his penis and told me to rub it back

2   and forth while -- and then he pulled my underwear down and

3   put his fingers down there.

4   Q.  When you put your hand on his penis, did he tell you what

5   to do?

6   A.  Yes.  He said, "rub it back and forth."

7   Q.  And --

8   A.  He still had ahold of my hand and guided it back and

9   forth.

10  Q.  And with his free hand, then he touched you?

11  A.  Yes.

12  Q.  Where did he touch your body?

13  A.  On my vagina.

14  Q.  Do you remember what you were wearing before you went to

15  sleep?

16  A.  I just remember that it was a t-shirt and underwear.

17  Q.  Was that common for you to sleep in was a t-shirt and

18  underwear?

19  A.  Yes, ma'am.

20  Q.  And he -- did he put his hands underneath your underwear

21  or did he touch you over your underwear?

22  A.  He took them off.

23  Q.  Did he take them off before he put his hand -- or before

24  he put your hand on his penis?

25  A.  No.

1    Q.   Was he taking your underwear off as you had your hand on

2    his penis?

3    A.   Yes.

4    Q.   Do you remember what he was wearing?

5    A.   No.

6    Q.   How was he standing next to you to your right?

7    A.   He was kind of -- they had a box mattress and then the

8    mattress on top of that so he was kind of squatted but leaned

9    up against the bed where his knees would have been on the

10   mattress.

11   Q.   Was he more towards the middle of your body, the top part

12   of your body or the feet of your body?

13   A.   He was more towards the middle of my body.

14   Q.   And he was able to take your underwear off?

15   A.   Yes, ma'am.

16   Q.   Completely?

17   A.   That I remember.

18   Q.   And you said that he then touched your vagina?

19   A.   Yes.

20   Q.   Do you recall which hand he used?

21   A.   He would have used his right hand.

22   Q.   Do you know what his left hand was doing?

23   A.   No.

24   Q.   And can you describe how he was touching your vagina with

25   his right hand?

1   A.   He was just using his fingers in circular motions.

2   Q.   Did he ever put his fingers inside your body or did he

3   just touch the outside?

4   A.   No, not yet, he just touched the outside.

5   Q.   Did you want to touch your dad's penis with your hand?

6   A.   No, ma'am.

7   Q.   Did he force you physically to do this?

8   A.   No, he just told me to.

9   Q.   Never held you down?

10  A.   No.

11  Q.   Do you know approximately how long this lasted?

12  A.   A few minutes.

13  Q.   What made him stop?

14  A.   I don't remember.

15  Q.   Do you remember if he ejaculated?

16  A.   No.

17  Q.   How did this make you feel?

18  A.   I was tired of it.

19  Q.   What do you mean you were tired of it?

20  A.   I was tired of being woke up all the time to do this.

21  To -- for him to touch me or have me touch him.

22  Q.   Did you tell someone?

23  A.   No.

24  Q.   Why not?

25  A.   Because he said not to.

1  Q.  But if you were tired of it, did you think telling someone

2  would make it stop?

3  A.  No, I thought it would get him and my mom in trouble.

4  Q.  And what would that mean for you?

5  A.  That I wouldn't have them anymore.

6  Q.  But it would stop.

7  A.  It's the same as a kid wanting to -- not wanting to do

8  something but their parents told them to anyways.

9  Q.  I'm showing you what's been marked as Government's Exhibit

10  3.  Do you recognize this house?

11  A.  Yes.

12  Q.  Was this the house that you and your family moved into

13  after of the house that was shown in Exhibit 2?

14  A.  Yes.

15  Q.  Is there anything different about this house, the way that

16  it's depicted in this picture, that's different from how you

17  remember it when you were a child?

18  A.  It was white at the time.

19  Q.  How old were you when you lived in this house?

20  A.  I remember being in third grade so I was -- I should have

21  been close to getting to 11.  10 or 11.

22  Q.  Do you know about how long you lived in this house?

23  A.  Not very long.

24  Q.  Who lived in this house with you?

25  A.  My siblings and my parents.

1    Q.   Do you remember about how many bedrooms this house had?

2    A.   Two.

3    Q.   And where did everyone sleep?

4    A.   Us five kids shared a room and they shared a room.

5    Q.   You say "they," are you talking your parents?

6    A.   Yes.

7    Q.   We're looking at the front door of the house.  Can you

8    kind of explain for the jury where the rooms were inside the

9    house?

10   A.   When you walk through the door, that's the living room and

11   you'll go to the right where there's not a window.  That would

12   have been their bedroom.

13   Q.   Right here?

14   A.   Yes.

15   Q.   Okay.  What about over here on the left side?

16   A.   That's the living room.

17   Q.   What's beyond the living room and your parents' bedroom?

18   A.   It went from the living room, the dining room, and then

19   the kitchen was in the very back, and then when you get to the

20   end of the living room, there was a small hallway and right in

21   front of you was the bathroom.  To the right was their room

22   and to the left was ours.

23   Q.   Who stayed in that back bedroom?  Who was "ours"?

24   A.   All five of us kids.

25   Q.   Were you in school at the time?

1    A.   Yes, ma'am.

2    Q.   Where did you go to school?

3    A.   Roosevelt.

4    Q.   You were still at Roosevelt in this house?

5    A.   Uh-huh.

6    Q.   And you said you remember being in about the third grade?

7    A.   Yes, ma'am.

8    Q.   Did anything bad happen in this house?

9    A.   Yes, ma'am.

10   Q.   What was the first thing you remember that was bad?

11   A.   My siblings and I decided we were going to make pallets in

12   the living room and watch a movie.

13   Q.   Was that something you guys did frequently?

14   A.   Yes, ma'am.

15   Q.   So were all of your siblings included?

16   A.   Yes, ma'am.

17   Q.   What do you remember about watching a movie on pallets in

18   your living room?

19   A.   We had fallen asleep and I woke up to an orgasm and I

20   could see -- he was down at my vagina and I could see his

21   silhouette because the bathroom light was on.

22   Q.   What were you wearing when you fell asleep that night?

23   A.   A t-shirt and underwear.

24   Q.   And you said you woke up to an orgasm.  You were 10, 11

25   years old at the time?

1   A.   Yes, ma'am.

2   Q.   How did you know that it was an orgasm?

3   A.   I know as an adult but I didn't know as a kid.

4   Q.   What were you thinking at that point at 10 or 11 years old

5   what was happening?

6   A.   Before I realized it was him, it felt good, and then I

7   realized what was going on.

8   Q.   Do you remember where your siblings were?

9   A.   They were laying next to me.

10  Q.   Were they asleep, awake, or something else?

11  A.   They were asleep.

12  Q.   You said you looked down and saw your dad?

13  A.   Yes, ma'am.

14  Q.   Do you remember what he was doing?

15  A.   He was using his finger in circular motions and then he

16  spit on me down there.

17  Q.   What did you think?

18  A.   That it was gross.

19  Q.   How did it make you feel?

20  A.   Disgusting.

21  Q.   Where were your clothes?

22  A.   I don't remember.

23  Q.   Do you recall still having a shirt on?

24  A.   Yes.

25  Q.   Do you recall having your underwear on?

1   A.   I don't remember if he took them off or not.

2   Q.   Do you know where your mom was?

3   A.   I think in bed.

4   Q.   Do you remember what time of day this occurred?

5   A.   It was in the middle of the night.

6   Q.   Was there any lights on in the living room?

7   A.   No, just the bathroom light.  They would leave it on so we

8   could see to go to the bathroom.

9   Q.   You said that you remember him spitting on your

10  genitals?

11  A.   Yes.

12  Q.   And touching your genitals with his fingers; correct?

13  A.   Yes.

14  Q.   Do you recall if his fingers were touching the outside of

15  your body or if they ever went inside your body?

16  A.   They were on the outside.

17  Q.   And can you describe for the jury what he was doing with

18  his fingers?

19  A.   He was using them in a circular motion.

20  Q.   Was he saying anything to you?

21  A.   He just asked me if it felt good.

22  Q.   Did he -- so at some point he knew that you were awake?

23  A.   Yes.

24  Q.   Did you tell him to stop?

25  A.   No.

1   Q.   When he asked you if it felt good, did you respond?

2   A.   I never responded.

3   Q.   How long do you think that this lasted?

4   A.   Maybe a few minutes.

5   Q.   What made him stop?

6   A.   I -- I don't know.  I -- he just stopped and he went back

7   to bed.

8   Q.   Did you ever push him away?

9   A.   No.

10  Q.   Did you ever tell him no?

11  A.   No.

12  Q.   Why not?

13  A.   Because that was my new normal.  It was -- he did it every

14  other night.

15  Q.   Did you ever tell anyone about your dad spitting on your

16  genitals?

17  A.   No.

18  Q.   Do you remember anything else occurring in this house that

19  the jury is now seeing?

20  A.   Not that I remember.

21  Q.   Okay.  I'm turning to Government's Exhibit 4.  Do you

22  recognize this house?

23  A.   Yes.

24  Q.   And where do you remember this house being located?

25  A.   It was out on True Road by Granny's in Pryor, Oklahoma.

1    Q.   What's Granny's?

2    A.   A gas station.

3    Q.   So not your actual grandma's?

4    A.   No.

5    Q.   Do you remember about how old you were when you moved into

6    this house?

7    A.   11 or 12.

8    Q.   And we're looking at a house right now.  Does this look

9    like the way you remember it when you lived there or is there

10   anything different?

11   A.   It looks about the same.

12   Q.   Okay.  This red truck that's over to the left side of the

13   picture, was that your family's truck or is that the new

14   owner's truck?

15   A.   The new owner's.

16   Q.   Okay.  How many bedrooms do you remember being in this

17   house?

18   A.   There were three.

19   Q.   And who lived in this house with you?

20   A.   Me and my siblings and both of my parents.

21   Q.   And you said that you were about 12 to 13; is that

22   correct?

23   A.   11, 12, yeah.

24   Q.   Where would you have been in school during this time?

25   A.   We were moved to Osage School.

1  Q.  Is that an elementary school or junior high?

2  A.  An elementary school.

3  Q.  And can you explain who lived in what bedroom?

4  A.  Us three girls shared a room and my mom and dad shared a

5  room and Brice and Branden shared a room.

6  Q.  Around this time being 11 to 12 years old, did you have a

7  boyfriend?

8  A.  No.

9  Q.  Were you allowed to date?

10  A.  No.

11  Q.  What was the first memory that -- well, let me ask you

12  this, did anything bad happen inside this house?

13  A.  Yes.

14  Q.  What was the first thing that you remember happening

15  inside this house that was bad?

16  A.  I remember one night we were sleeping and I could -- we

17  didn't have curtains or blinds on the windows and I always

18  tried to sleep towards the middle hoping that it wouldn't

19  be -- he wouldn't come in.

20  Q.  When you say "sleep towards the middle," what do you mean?

21  A.  I didn't like to sleep on the edge because I felt like he

22  could get to me easier.

23  Q.  Did you girls all share one bed?

24  A.  Yes, ma'am.

25  Q.  Do you remember what size bed it was?

1  A.   It was a trundle bed but we pulled out the bottom mattress

2  to make it a bigger bed for us.

3  Q.   And you liked to sleep in the middle portion of that bed;

4  correct?

5  A.   Yes.

6  Q.   Would that be kind of in the middle of the bed and then

7  the trundle mattress?

8  A.   Yes.

9  Q.   And could you explain to me again why you liked to sleep

10  in the middle?

11  A.   Because I felt like if he tried to get to me he would wake

12  up Jasmine and Kayla if I slept in the middle.

13  Q.   At this point had you ever seen anything inappropriate

14  between your dad and your other sisters?

15  A.   Other than the kissing, no.

16  Q.   So at this point you think that this -- that all the bad

17  things were happening just to you?

18  A.   Yes, ma'am.

19  Q.   What was the first thing that you remember bad happening

20  in this house?

21  A.   I remember hearing the door creak and it woke me up and I

22  heard him -- you could hear him.  Kayla was sleeping in the

23  floor.  I don't know why.  But you could see his silhouette

24  from the moon shining in and he was squatted down at her

25  vagina and you could hear him fingering her.

1    Q.  When you say you could hear her (sic.) fingering her, what

2    about that made you think that that's what he was doing?

3    A.  Because it's the same noise that it would make when he

4    would do it to me.

5    Q.  How could you tell that it was your dad?

6    A.  There was no other man in the house.

7    Q.  Could it have been Brice?

8    A.  No.

9    Q.  Could it have been Branden?

10   A.  They were too little.

11   Q.  And you have no idea why Kayla would have been sleeping on

12   the floor?

13   A.  No, I don't remember.

14   Q.  So what did you think when you woke up and heard this

15   noise?

16   A.  It's selfish of me but I was glad it was her and not me.

17   Q.  So what did you do?

18   A.  I rolled over and went back to sleep.

19   Q.  Did you ever talk to Kayla afterwards?

20   A.  No.

21   Q.  Why not?

22   A.  He said not to talk about it.  So I figured you don't talk

23   about it to anyone, not even them.

24   Q.  Kayla is your little sister?

25   A.  Yes.

1    Q.   And you never thought to ask your little sister about the

2    sexual abuse that you thought you saw happening to her?

3    A.   No.

4    Q.   Did you ever tell your mom?

5    A.   No.

6    Q.   Or your sister Jasmine?

7    A.   Yes.

8    Q.   When did you tell your sister Jasmine about what you had

9    seen with Kayla?

10   A.   After he had assaulted me again.

11   Q.   Okay.  When was the next time that he assaulted you in

12   this house?

13   A.   He -- we were playing a video game in his and my mom's

14   room and I had fallen asleep in their bed in the other -- my

15   siblings had gone to their rooms and gone to sleep.

16   Q.   Were you all playing video games?

17   A.   Uh-huh.

18   Q.   And you fell asleep but everybody else went back to their

19   bedrooms?

20   A.   Yes.

21   Q.   And then what do you remember happening next?

22   A.   He was on top of me.

23   Q.   Did you wake up to that?

24   A.   I did but he didn't know it.  I faked like I was asleep.

25   Q.   Where was your mom?

```
 1  A.  She was doing the paper route at night, the Tulsa World.
 2  Q.  Do you remember what you were wearing when you were
 3  playing video games and fell asleep?
 4  A.  No.
 5  Q.  When you woke up, was it daylight, nighttime?
 6  A.  It was nighttime.
 7  Q.  And you said your mom did the paper route.  Was that a job
 8  that you remember her having?
 9  A.  Yes.
10  Q.  Do you remember about what time she would go and do her
11  paper route?
12  A.  It was in -- it was supposed to be done in the middle of
13  the night and had to be finished by morning.
14  Q.  So you said you woke up and your dad was on top of you?
15  A.  Yes.
16  Q.  Can you describe for me how he was positioned?
17  A.  In missionary where he was between my legs and had my legs
18  up over his hips.
19  Q.  Was he laying on you or was he on his knees or something
20  else?
21  A.  He was on his knees and he was -- had his hands over my
22  shoulders.
23  Q.  Just so I'm clear and I understand what you're talking
24  about, are you on your back?
25  A.  Yes.
```

1  Q.  And you said he was on his knees but was he also on his

2  hands?

3  A.  Yes.

4  Q.  Okay.  And you said his hands were above your shoulders?

5  A.  Yes.

6  Q.  Okay.  What did you think when you woke up and saw this?

7  A.  I was -- I was worried that he was going to take my

8  virginity.

9  Q.  What about when you woke up and saw your dad like this

10  made you think that he was going to take your virginity?

11  A.  Because he had his penis on my vagina.

12  Q.  Do you remember what he was wearing?

13  A.  Nothing.

14  Q.  He was completely naked?

15  A.  Yes.

16  Q.  When you woke up, do you remember what you were wearing?

17  A.  No.

18  Q.  What do you remember about his body?

19  A.  I remember his -- he was just rubbing his penis on my

20  vagina and I remember his chain necklace hanging and swinging

21  back and forth.

22  Q.  Did he -- was his penis actually touching your vagina?

23  A.  Yes.

24  Q.  Did his penis ever go inside of your body?

25  A.  No.

1    Q.   When you say that his penis was touching your vagina, was

2    he -- can you describe the way that his penis was touching

3    your body?

4    A.   He -- the tip of it was --

5    Q.   You say the "tip of it," are we talking about his penis?

6    A.   Yes, ma'am.

7    Q.   Okay.  What was the tip of his penis doing?

8    A.   It was right at the entryway of my vagina.

9    Q.   Did you feel him trying to put his penis into your vagina?

10   A.   I could feel him starting to but it seemed like he was

11   arguing within himself on whether to do it or not.

12   Q.   What about that made you feel like that's what he was

13   doing?  Can you explain that for me?

14   A.   Because that's how -- at the time I thought that's how

15   everyone has sex and I thought that once he put it in, he was

16   going to take my virginity.

17   Q.   When you said that you felt like he was struggling with

18   whether or not he was going to put it in, what about his

19   behavior or the way his body was made you think that he was

20   struggling to do that?

21   A.   Because I could feel him put pressure on it but then he

22   would back off and then he would do it again.

23   Q.   Kelsey, did you want your dad to put his penis inside of

24   your body?

25   A.   No.

1  Q.  What did you do then?

2  A.  I started bawling.

3  Q.  Why?

4  A.  Because he was going to take the only thing I had left.

5  Q.  And what did he do in response to your crying?

6  A.  He asked me what was wrong.

7  Q.  Was he still on top of you with his hands above your

8  shoulders?

9  A.  He rolled over to the left of me.

10  Q.  And was he now laying next to your body?

11  A.  Yes.

12  Q.  What did you do when he laid down next to your body?

13  A.  I was still crying.  And I just laid really still.

14  Q.  Then what did you do?

15  A.  He asked me what was wrong and I had to hurry and come up

16  with an answer so I just told him I had a bad dream.

17       And he said what kind of bad dream.

18       So then I panicked trying to come up with some dream that

19  I didn't have.

20  Q.  What did you tell him?

21  A.  I don't remember exactly.

22  Q.  And then what happened next?

23  A.  I got up -- he told me to go to bed and I got up and I

24  went to the front bathroom and I started crying and was

25  cleaning myself off and he went into the living room.

1    Q.   Why did you need to clean yourself off?

2    A.   Because it was wet.

3    Q.   What was wet?

4    A.   My vagina.

5    Q.   When you came out of the bathroom, what did you do?

6    A.   He hollered at me.

7    Q.   Where was he?

8    A.   In the living room.

9    Q.   What did you do when he hollered at you?

10   A.   My heart sank.

11   Q.   Why?

12   A.   Because I thought it wasn't over.

13   Q.   What did you think was going to happen?

14   A.   That he was going to finish what he started.

15   Q.   So what did you do?

16   A.   I -- he hollered at me and told me to come here and I

17   walked down the hallway to the living room and he was sitting

18   with one leg like crossed and then the other one, his knee up,

19   and he had gray shorts on and he said, "good night, I love

20   you."

21        And I didn't answer him.

22        And he said it again and I said, "good night, I love

23   you," and I walked really fast back to our bedroom.

24   Q.   You said "our bedroom".  Are you talking about the bedroom

25   that you and your sisters shared?

1    A.   Just a sec.

2              THE COURT:   There's some water there for you.

3              THE WITNESS:   I feel like I'm going to have a panic

4    attack.

5    Q.   (BY MS. REININGER) Are you okay, Kelsey?

6    A.   Uh-huh.

7    Q.   Do you need some water?   Would that help?

8    A.   (SHAKES HEAD SIDE TO SIDE)

9    Q.   When you went back to your room, you said -- is that the

10   room that you shared with your sisters?

11   A.   Yes.

12   Q.   What did you do when you got back to your room?

13   A.   I went to sleep because I was tired.

14   Q.   Were your sisters in your room?

15   A.   Yes.

16   Q.   Did you sleep the whole night?

17   A.   What was left of it, yeah.

18   Q.   When you woke up the next day, was your mom home?

19   A.   Yes.   She was asleep.

20   Q.   And did you tell her about what had happened?

21   A.   No.

22   Q.   Did you tell your sisters about what had happened?

23   A.   No, not yet.

24   Q.   Do you remember -- when your dad was on top of you, do you

25   remember him ever kissing you?

1    A.   Yes.

2    Q.   Where do you remember him kissing you?

3    A.   He was always kissing me on my neck.

4    Q.   The next day do you remember anything visible on your body

5    from the night before?

6    A.   No, but my grandma did.

7    Q.   What happened?

8    A.   She asked where I got a hickey from.

9    Q.   When your grandmother asked you that, what did you think?

10   A.   I didn't know what she was talking about.

11   Q.   At 9, 10 years old -- or, I'm sorry, 11, 12 years old had,

12   you had a hickey before?

13   A.   No.

14   Q.   Did you even know what a hickey was?

15   A.   No.

16   Q.   So what did you do when your grandmother asked you this?

17   A.   I went to the bathroom to see what she was saying was on

18   my neck.

19   Q.   What did you see?

20   A.   A bruise like a hickey.

21   Q.   Well, now you know what a hickey is?

22   A.   Yeah.

23   Q.   Okay.  What did you do when you saw this bruise on your

24   neck?

25   A.   I started crying and went to my mom's bathroom and got

1    some of her makeup out and started trying to cover it up.

2    Q.   Why did you try to cover it up?

3    A.   Because I thought that I would be in trouble because he

4    told me not to tell what he was doing and I was afraid that

5    she would think that I was messing with a boy.

6    Q.   When you say "she," are you talking about your mom or your

7    grandma?

8    A.   My mom.

9    Q.   So you felt like you needed to cover it up to hide it from

10   your mom?

11   A.   Yes.

12   Q.   And you thought your mom would be upset because she would

13   have thought you were messing with a boy?

14   A.   Yes.

15   Q.   Did your mom ever find out about the hickey?

16   A.   She never said anything.

17   Q.   Did you ever tell anyone about what had happened --

18   A.   No.

19   Q.   -- with your dad?

20   A.   Not yet.

21   Q.   What was the next thing that you remember happening at

22   this house that was bad?

23   A.   We had all gone to the lake and --

24   Q.   Do you know what lake you went to?

25   A.   It was on Lake Hudson.

1    Q.   Is that near your house that you were living at at the

2    time?

3    A.   No, it's in Salina.

4    Q.   About how long does it take you to get from your house to

5    Lake Hudson?

6    A.   From this house 15, 20 minutes.

7    Q.   Okay.  When you guys would go to the lake, was this

8    something that you and your family would do often?

9    A.   No, not really.

10   Q.   And what would you do when you guys would go to the lake?

11   A.   We went with my grandma and her husband and we would

12   swim.

13   Q.   Who all would go?

14   A.   It was my grandma, her husband, my mom and dad and my --

15   me and my four siblings.

16   Q.   Do you know where on Lake Hudson you guys would go?

17   A.   No, not exactly.

18   Q.   What, was it like a dock, or a beach, or a house?

19   A.   It was like a beach-type place.

20   Q.   And would you guys pack ice chests and go and have a day

21   on the beach at the lake?

22   A.   Yes, ma'am.

23   Q.   Okay.  When you guys were at the lake and the one time

24   that we're talking about, can you explain to me what you

25   remember happening that was so bad?

1   A.   Everyone was around swimming and he pulled me over into

2   his lap and he started fingering me.

3   Q.   Where were you guys at the lake when this happened?

4   A.   I'm not sure where at.

5   Q.   Well, let me see if I can ask this a better way.  Were you

6   guys actually in the lake or were you near the lake when this

7   happened?

8   A.   We were in the water.

9   Q.   Okay.  So you guys were out in the water swimming?

10  A.   Yes.

11  Q.   And was everybody in the water swimming?

12  A.   I think that my grandma's husband was up on the boat.

13  Q.   Did you guys have a boat that you would pull on shore?

14  A.   Yeah.  It was my grandma's.

15  Q.   Okay.

16  A.   It was a pontoon boat.

17  Q.   But everyone except for your grandma's husband was

18  swimming in the water?

19  A.   Yeah.  It wasn't -- it was shallow so they could wade

20  through it and it would go up to about mid-thigh.

21  Q.   So you could even like sit down in the water?

22  A.   Yes, ma'am.

23  Q.   Okay.  What happened that was so bad?

24  A.   He pulled me over to -- on his lap and he just kept

25  talking while he fingered me.

1  Q.  What were you wearing?

2  A.  A bathing suit.

3  Q.  A one-piece or a two-piece?

4  A.  I don't remember.

5  Q.  And when you say he fingered you, did he actually put his

6  fingers inside your body?

7  A.  No.  It was on the outside of my bathing suit.

8  Q.  Never went underneath your swimsuit?

9  A.  Not that I recall.

10  Q.  When he was rubbing your genitals over your swimsuit, what

11  were you thinking?

12  A.  That everyone was going to see and that I was going to be

13  in trouble.

14  Q.  Who would you have gotten in trouble with?

15  A.  My mom and grandma.

16  Q.  Was your mom there that day?

17  A.  Uh-huh.

18  Q.  Did you tell him to stop?

19  A.  No.

20  Q.  Did you push him away?

21  A.  No.

22  Q.  Why not?

23  A.  It would have made a scene and he said not to tell.

24  Q.  What made him stop?

25  A.  My brother was throwing something in the water, a can or

1    something, and it hit him in the eye and it cut his eyebrow

2    open.

3    Q.   How long do you think he was touching your genitals over

4    your swimsuit before he got hit in the face?

5    A.   Maybe a minute or so.

6    Q.   When you were on his lap and he was touching your body,

7    did you notice anything about his body?

8    A.   Just that he didn't -- he was just in swimming shorts and

9    his chain necklace.

10   Q.   What did you do when he stopped touching you?

11   A.   I kind of laughed because he got hit in the forehead with

12   a can and it made him quit.

13   Q.   To your knowledge did your brother throw the can at him

14   because of what he was doing to you or for some other reason?

15   A.   No, I'm not sure why he was throwing it.  He is the

16   autistic one.

17   Q.   Which brother of yours has autism?

18   A.   Brice.

19   Q.   So once he got hit in the face, what did he do?

20   A.   He got mad and started yelling at Brice.

21   Q.   Did he get out of the water?

22   A.   Yes.  He got back on the boat.

23   Q.   And what did you do?

24   A.   Just kept swimming.

25   Q.   And that day at the lake, did you tell anyone what your

1    dad had done to you?

2    A.   No, but it wasn't over.  We got home and he wasn't

3    finished.

4    Q.   When you got back home to this house here?

5    A.   Yes.

6    Q.   What happened when you got home?

7    A.   I was changing out of my bathing suit and he came and sat

8    on the end of the bed and ran his finger down my stomach and

9    said that -- he was telling me what kind of body men liked and

10   that I had a nice body and told me that men liked heart-shaped

11   lips and that I had heart-shaped lips.

12   Q.   Other than touching you on your stomach, did he touch you

13   anywhere else?

14   A.   No.

15   Q.   I'm going to move to Government's Exhibit Number 5.  Do

16   you recall this house?

17   A.   Yes.

18   Q.   And where do you recall this house being?

19   A.   It wasn't far from the one that you just flipped over.

20   Q.   Who lived in this house?

21   A.   My dad.

22   Q.   At some point did your dad move out of the family home?

23   A.   Yes.

24   Q.   And did he move into this house by himself?

25   A.   Yes.

1   Q.   Okay.  Other than your dad was there anyone else that

2   lived at this house as a primary residence?

3   A.   No, not that I'm aware of.

4   Q.   Would you and your siblings visit your dad at this house?

5   A.   Yes.

6   Q.   Do you remember about how many bedrooms this house had?

7   A.   I can only think of the one.

8   Q.   That this was a one-bedroom home?

9   A.   Yes, but I'm not sure.

10  Q.   Okay.  To your knowledge was this house in Pryor,

11  Oklahoma, as well?

12  A.   Yes.

13  Q.   Do you remember the address?

14  A.   No.

15  Q.   Is your memory of this house the same as what's in this

16  picture or is there anything different?

17  A.   It looks the same to me.

18  Q.   Did you enjoy going to this house?

19  A.   No.

20  Q.   Why not?

21  A.   Because I didn't like having to be alone with him.

22  Q.   Would you go with your siblings?

23  A.   Yes.

24  Q.   But were there times where you would go visit your dad by

25  yourself?

1    A.   No.

2    Q.   Okay.  When you would go visit your dad, did you stay

3    overnight?

4    A.   Yes.

5    Q.   Would you stay for days at a time?

6    A.   That I remember we would just stay one night.

7    Q.   And the rest of the time you would stay with your mom in

8    Government's Exhibit 4?

9    A.   Yes.

10   Q.   Okay.  When you would go and stay the night with your dad,

11   would all four of your siblings go with you?

12   A.   Yes.

13   Q.   And where would everyone stay if it was a one-bedroom

14   house?

15   A.   They would make pallets.  My -- Jasmine, Brice and Branden

16   made pallets in the living room and he had me and Kayla come

17   get in bed with him.

18   Q.   About how old were you when you remember going to this

19   house?

20   A.   12 or 13.

21   Q.   Around 12 or 13 years old did you have a boyfriend?

22   A.   No.

23   Q.   Were you allowed to date?

24   A.   No.

25   Q.   Did anything bad happen at this house?

1   A.  Yes.

2   Q.  What was the first thing you remember that was bad

3  happening at this house?

4   A.  He made us come get -- me and Kayla come get in bed with

5  him and I remember waking up to him fingering me again.

6   Q.  When he made you and Kayla come to the bed, did you -- did

7  you guys get in bed to go to sleep?

8   A.  Yes.  He slept in the middle and we slept on the edges.

9   Q.  And do you recall Kayla being asleep?

10   A.  That I'm aware of she was.

11   Q.  And you said that you remember waking up to him fingering

12  you?

13   A.  Yes.

14   Q.  Can you explain to me what you mean by "fingering"?

15   A.  He was rubbing on the outside of my vagina.

16   Q.  Okay.  Did you have underwear on?

17   A.  I don't remember.

18   Q.  But was his skin touching your skin?

19   A.  I want to say that it was with underwear on on the outside

20  of it.

21   Q.  Was it daytime or nighttime when you remember waking up?

22   A.  It was the middle of the night.

23   Q.  Was there a light on?

24   A.  No.

25   Q.  Who was around?

1    A.   It was just me, him and Kayla in that room.

2    Q.   Could you see that it was him?

3    A.   I knew that it was him because he was sleeping in the

4    middle and it -- it was coming from my left side.

5    Q.   It couldn't have been Brice?

6    A.   No.  They were still too little.

7    Q.   Including Branden?

8    A.   Uh-huh.

9    Q.   So he was sleeping in the middle and you were sleeping on

10   his right side?

11   A.   Yes.

12   Q.   And Kayla was sleeping on his left?

13   A.   Yes.

14   Q.   And you remember waking up to him rubbing the outside of

15   your genitals?

16   A.   Yes.

17   Q.   Can you describe for the jury what he was doing when he

18   was rubbing your genitals?

19   A.   He just asked if it felt good.

20   Q.   Was he using one hand or two?

21   A.   One.

22   Q.   Could you tell if he was using one finger or more fingers?

23   A.   He always used his middle finger.

24   Q.   How could you tell he was using his middle finger?

25   A.   Because he had his other -- he had it like this.

1    Q.   I can't --

2    A.   Sorry.

3    Q.   I couldn't see what you were doing.  Could you please

4    raise your hand?

5    A.   Yes.  He was always -- he always did it like this.

6    Q.   And you're -- just for the record you're showing that his

7    pinky and his pointer finger were touching you or touching

8    something and then leaving his middle two fingers to be free

9    to move; is that correct?

10   A.   Yes.

11   Q.   Okay.  And so how did you know that that's what he was

12   doing?

13   A.   How did I know that he was fingering me?

14   Q.   How did you know that he was using the two middle fingers?

15   A.   Because he had done it before.

16   Q.   Could you feel him touching your body with his pointer and

17   his pinky finger?

18   A.   Oh, yes.

19   Q.   Did you tell him to stop?

20   A.   No.

21   Q.   And your testimony today is that you do not remember him

22   touching your bare skin?

23   A.   During that time?

24   Q.   Yes.

25   A.   Yes.

1   Q.  You do not recall?

2   A.  Oh, no, no, no.  Sorry.  No, I don't recall him touching

3   my bare skin in that house.

4   Q.  Okay.  When he was touching your body, how did it make you

5   feel, Kelsey?

6   A.  It always made me feel gross.

7   Q.  What were you thinking?

8   A.  I was just waiting for it to be over.

9   Q.  How long do you think it lasted?

10  A.  A minute or so.

11  Q.  Could you see Kayla during this time?

12  A.  No, he was over -- he was laying with his arm like this on

13  his side.

14  Q.  You just demonstrated for the record that his right hand

15  was behind or up by his head?

16  A.  Uh-huh.

17  Q.  Where was his -- well, was it propping up his head?

18  A.  Yes.

19  Q.  Leaving his left hand free?

20  A.  Yes.

21  Q.  So was he on his side?

22  A.  Yes.

23  Q.  Were you laying on your back or your side or something

24  else?

25  A.  My back.

1   Q.   And so with him on his side could you see through him to

2   see what Kayla was doing?

3   A.   No.

4   Q.   Any time did she make any noises?

5   A.   No.

6   Q.   So you just assumed that she was asleep?

7   A.   Yes.

8   Q.   To your knowledge were your siblings in the living room at

9   this point still?

10  A.   Yes.

11  Q.   Kelsey, could you tell your dad no or to stop?

12  A.   I guess I could have but --

13  Q.   Why didn't you?

14  A.   Because they were really strict and he said not to talk

15  about it again and don't tell anyone.  It was something that

16  had become normal to me and -- but we didn't talk about it.

17  Q.   What made him stop?  On this particular night that he was

18  next to you?

19  A.   I don't remember.

20  Q.   Did you ever tell anyone about that?

21  A.   No.

22  Q.   Did you wake up Kayla?

23  A.   No.

24  Q.   Did he ever physically hold you down or force you to

25  participate that night?

1    A.   No.

2            MS. REININGER:   Could we not publish to the jury

3    right now?  Are we good?  Can she see though?  Okay.

4    Q.  (BY MS. REININGER) Kelsey, I'm showing you what has been

5    previously marked as Government's Exhibit 9.  Does this

6    document look familiar to you?  Can you see it?

7    A.   Huh-uh.

8            MS. REININGER:   I can -- Judge, if I may approach,

9    she has an actual hard book that she can have.

10           THE COURT:   Yeah, sure.

11   A.   Yes, I recognize that.

12   Q.  (BY MS. REININGER) All right.  And was this a statement

13   that you gave to Pryor Police Department during your -- during

14   the investigation of this case?

15   A.   Yes.

16   Q.   Did you in fact write this statement?

17   A.   I typed it.

18   Q.   Okay.  I want to direct your attention specifically to

19   page 43, if you could see there's numbers on the bottom.  I

20   want to direct your attention to the very first paragraph.

21           MS. REININGER:   My light went off.  Is that okay?

22           THE COURTROOM DEPUTY:   Do you need me to turn it on?

23           MS. REININGER:   No.

24   Q.  (BY MS. REININGER) If you could read that first paragraph.

25   Do you recall making that statement to the Pryor Police

1    Department?

2    A.   Yes.

3    Q.   When you made that statement to the Pryor Police

4    Department, were you telling them what you remembered about

5    the experiences that you had at your childhood home?

6    A.   Yes.

7    Q.   Okay.  Recalling that you had previously made this

8    statement, I want to ask you again, when you were in your

9    dad's bedroom at his house on --

10            MS. REININGER:  We can publish now.

11   Q.   (BY MS. REININGER) -- in Government's Exhibit 5.  And

12   she's going to bring it up here in a second so you can

13   probably close your notebook.

14   A.   Okay.

15   Q.   When you were in your dad's house, have you told police or

16   anyone else that your dad had actually touched your body

17   before?

18   A.   No.

19   Q.   When -- if you are telling a law enforcement officer that

20   your dad in fact touched your clitoris, to you does that mean

21   that it could have been above the clothes or underneath the

22   clothes?

23   A.   Can you repeat that?  Sorry.

24   Q.   Sure.  When you tell law enforcement that your dad had

25   touched your clitoris, to you does that mean that he could

1  have touched you above your clothes or below your clothes or

2  both?

3  A.  Both.

4  Q.  Okay.  So it doesn't necessarily mean skin-on-skin

5  contact?

6  A.  Correct.

7  Q.  Okay.  After --

8        MS. REININGER:  Are we good to go?  Do I need to be

9  touching here?

10        THE COURTROOM DEPUTY:  I'm sorry.  I'm really sorry.

11  Q.  (BY MS. REININGER) Well, let me ask you this, Kelsey,

12  about how long do you think your dad lived in this house by

13  himself?

14  A.  Not very long.

15  Q.  At some point does he actually move back into the family

16  home?

17  A.  Yes.

18  Q.  And when you -- or when he moves back into the family

19  home, was your mom there?

20  A.  Yes.

21  Q.  And all your siblings?

22  A.  Yes.

23  Q.  What happens when you're back in this house?

24  A.  I don't remember why but I told Jasmine that he had been

25  touching me.

1   Q.  What about this time in your life do you feel now it's

2   time for you to tell Jasmine what has happened to you?

3   A.  Why I felt the need to tell her at that point in time?

4   Q.  Yeah.  What happened?  I mean for 13, 14 years you haven't

5   said a thing and now you're going to tell Jasmine.  What had

6   happened in your life?

7   A.  I don't remember why I told her.

8   Q.  Where were you when you told her?

9   A.  We were in our bedroom.

10  Q.  Was Kayla around?

11  A.  No.

12  Q.  When did you tell her?

13  A.  We were about 13, 14 years old and it was in the middle of

14  the day and my mom and brothers and Kayla were outside and

15  Jasmine asked him to come in and he stepped into my brother's

16  room and she threatened him.

17  Q.  Jasmine threatened him?

18  A.  Yes.

19  Q.  You were in your room when you told your sister Jasmine?

20  A.  Uh-huh.

21  Q.  What was her reaction?

22  A.  She was pissed.

23  Q.  What did you tell her?

24  A.  That he had been touching me.  And she asked me, "what do

25  you mean?"

1          And I said, "he's been touching me down on my privates."

2    Q.   Did you tell her when it started?

3    A.   I just told her it had been happening for a while.

4    Q.   Did you give her specific details of the instances that

5    you've talked about today here in court?

6    A.   No.

7    Q.   Why not?

8    A.   It was uncomfortable and embarrassing.

9    Q.   So after you told your sister Jasmine, what happens?

10   A.   She threatened him and told him that if he ever touched me

11   again, she was going to the cops.

12   Q.   How did we get to where we were threatening him?  Did he

13   come back inside?

14   A.   Yeah, she asked him to come in.  He came inside and she

15   blew up on him and said that she knew that he had been

16   touching me and if he ever did it again, she was going to the

17   cops.

18   Q.   What do you think when you were watching this happen?

19   A.   That he wasn't taking it serious because he had a smirk on

20   his face.

21   Q.   What did you think?

22   A.   It made me mad, that I felt like we didn't have any

23   control over it.

24   Q.   What do you mean he had a smirk on his face?

25   A.   He had a smirk like he thought it was funny that a

1   14-year-old girl was going to threaten him and that no one

2   would believe us.

3   Q.  Did he say anything?

4   A.  No.

5   Q.  What did he do after Jasmine threatened him?

6   A.  He stayed in that room and we went outside.

7   Q.  What did you guys do once you got outside?

8   A.  Just went on about our business and played outside.

9   Q.  Did you think that that was going to stop it?

10  A.  I thought it might, but with the smirk on his face, I

11  didn't know.

12              THE COURT:  Why don't we take a break.

13              MS. REININGER:  Thank you, Your Honor.

14              THE COURT:  It's 3:15.  Let's start again in about

15  ten minutes.

16      (RECESS WAS HAD)

17              THE COURT:  All right.  You may continue.

18  Q.  (BY MS. REININGER) Okay, Kelsey, we're going to -- I hope

19  we fixed our problem during the break.

20      And so we're looking now at Government's Exhibit 5, and

21  you said that at some point your dad moves back in and that's

22  when you told your sister what was happening; correct?

23  A.  Yes.

24  Q.  And at some point do you-all move again?

25  A.  Yes.

1    Q.  And I'm showing you what's been marked as Government's

2    Exhibit Number 6.  Do you recognize this house here?

3    A.  Yes.

4    Q.  And could you explain to the jury where this house is

5    located and when you-all moved into this house?

6    A.  It's not far from the skating rink in Pryor and we were

7    about 14, 15 years old.

8    Q.  The way that the house is pictured in this photograph, is

9    this how you remember it or do you remember it looking

10   different?

11   A.  It looked a little bit different.

12   Q.  What looked different about it when you lived in it versus

13   this photograph?

14   A.  It didn't have the awning that's over the front porch.

15   Q.  This covering right here?

16   A.  Yeah.

17   Q.  And the vehicles that are depicted in the photograph, are

18   these -- were these your vehicles or are they someone else's?

19   A.  They're someone else's.

20   Q.  But for the rest of the picture do you recall there being

21   like a fence right here?

22   A.  Yes.

23   Q.  And what about a front porch?

24   A.  Yes.  The porch was there except the awning, yeah.

25   Q.  Okay.  Who all lived in this house when you guys moved?

1    A.   Both my parents and all five of us kids.

2    Q.   How many bedrooms did it have?

3    A.   Three.

4    Q.   And can you explain to the jury what the sleeping

5    arrangements were like inside this house?

6    A.   Me and my sisters slept on a bunk bed and my brothers

7    slept in a bunk bed in their room and my parents shared a

8    room.

9    Q.   You said 14 to 15 years old.  What grade were you in?

10   A.   Eighth grade.

11   Q.   And do you remember where you were going to school in the

12   eighth grade?

13   A.   Yes, we were going to the Pryor Junior High.

14   Q.   Do you recall anything bad happening while you were in

15   this house?

16   A.   Yes.

17   Q.   What was the first thing that you remember that was bad

18   happening in this house?

19   A.   We had gone out with our friends and I had been drinking

20   and I didn't want to get caught and when I came in the front

21   door, my dad was working on something in the living room floor

22   so I just went to the couch so he couldn't see me walk in.

23   Q.   Is this daytime or nighttime?

24   A.   Nighttime.

25   Q.   And you said you walked in straight to the couch?

1  A.  Yes.

2  Q.  Were you drunk?

3  A.  I thought I was.

4  Q.  Were you unable to walk at that point?

5  A.  I could walk but it wasn't -- I was swaying back and

6  forth.

7  Q.  And was the alcohol -- I'm assuming -- you said you drank.

8  Were you drinking alcohol?

9  A.  Yes, ma'am.

10  Q.  The alcohol that you had consumed, do you remember about

11  how much you had to drink?

12  A.  No, I don't recall.

13  Q.  Do you remember if the alcohol that you had consumed had

14  prevented you from remembering things that had happened that

15  night?

16  A.  No.

17  Q.  Did it interfere with your ability to perceive things that

18  were happening?

19  A.  No.

20  Q.  When your dad was in the living room, you said he was

21  working on something.  Do you remember what he was working on?

22  A.  No.

23  Q.  And you went and laid down on the couch?

24  A.  Yes, ma'am.

25  Q.  Do you remember anyone else in the house at that time?

1    A.   I remember everyone being home but they were in their

2    bed -- in our bedrooms.

3    Q.   Was it late?

4    A.   Yeah.

5    Q.   And why didn't you walk back to your bedroom?

6    A.   Because I didn't want do take the chance of getting caught

7    if I was walking.

8    Q.   What did you think was going to happen to you if you got

9    caught drinking?

10   A.   I would have been in trouble by my dad and my mom.

11   Q.   Had you been in trouble before for drinking?

12   A.   No.

13   Q.   Do you remember where your mom was?

14   A.   That I remember she was in her room.

15   Q.   And do you remember what you were wearing?

16   A.   No.

17   Q.   When you laid down on the couch, what did you do?

18   A.   When I laid down on the couch, I said I was tired and I

19   must have fallen asleep because when I woke back up, everyone

20   was in bed.

21   Q.   And what happened next?

22   A.   I woke up because he had his hand up my shirt rubbing

23   between my breasts.

24   Q.   Were you wearing a bra?

25   A.   No.

1    Q.   And was his skin touching your skin?

2    A.   Yes.

3    Q.   And do you recall how -- how he was positioned to where he

4    was rubbing on your breasts?

5    A.   I was laying on the couch and he was to my left squatted

6    down and had his hand up my shirt.

7    Q.   Was he saying anything to you?

8    A.   He was just saying "Kelsey" because I was acting like I

9    was asleep.

10   Q.   Was he talking in a normal voice or something else?

11   A.   He was whispering.

12   Q.   And do you remember what hand he was using to touch your

13   breasts?

14   A.   His left.

15   Q.   How long do you think this was going on for?

16   A.   Not very long because my mom walked in and asked him what

17   he was doing.

18   Q.   When he was touching your breasts with his hand, what were

19   you thinking?

20   A.   I was pissed off.

21   Q.   Why were you pissed off?

22   A.   Because I was tired of it and I didn't want to put up with

23   it anymore so I rolled to the back of the couch where my

24   breasts and my vagina were where he couldn't get to it.

25   Q.   Were you laying on your side or your back?

1    A.   I was on my back at first.

2    Q.   You say you rolled to the back of the couch.  Did you roll

3    to face your front to the back --

4    A.   Yeah.

5    Q.   -- of the couch?  So was your back now facing out into the

6    living room?

7    A.   Yes.

8    Q.   And did you think that if you rolled over and faced away

9    from him, that he would stop?

10   A.   Yes.

11   Q.   And did he?

12   A.   Yes.

13   Q.   Did you ever tell him or say anything to him when you

14   rolled over?

15   A.   No.  I just rolled over.

16   Q.   You never told him to stop?

17   A.   No.

18   Q.   Did you ever tell anyone about what had happened?

19   A.   He did in a way the next day.  He said -- told my mom that

20   he was trying to love on me and I was being hateful.  And I

21   just gave him a disgusted look and went to my room and she

22   didn't think anything of it.

23   Q.   Just so I'm clear, the next day your dad brought it up?

24   A.   Yes.

25   Q.   And where did this happen?

1   A.   In the kitchen.

2   Q.   Was this in the morning, afternoon, or night?

3   A.   The morning.

4   Q.   Was there anyone else around?

5   A.   I want to say that everyone -- our -- my siblings were in

6   and out of the kitchen getting breakfast.

7   Q.   And what was going on to where your dad brought this up?

8   A.   He saw me when I got up.

9   Q.   And did he initiate the conversation or did you initiate

10   the conversation?

11   A.   He did.

12   Q.   And your recollection was that he said that he was loving

13   on you?

14   A.   Yes.  That he was trying to love on me.

15   Q.   And what was your mom's reaction?

16   A.   She didn't really have one.  She just kind of laughed.

17   Q.   What did you think when you heard your dad say that he was

18   trying to love on you?

19   A.   That he meant more than that.

20   Q.   That he did more than just love on you?

21   A.   Yes.

22   Q.   You had already told your sister Jasmine at this point.

23   Did you ever go and tell Jasmine again about what your dad had

24   done at this house?

25   A.   No.

1  Q.  Why not?

2  A.  Because it wasn't as bad as the -- everything else that he

3  had done to me.

4  Q.  At some point do -- well, does your sister Jasmine move

5  out of this house?

6  A.  Yes.

7  Q.  Do you remember what was going on in the family and about

8  the time that Jasmine moved out?

9  A.  They found out she was sexually active.

10 Q.  And do you remember when that happened?

11 A.  I think we were sophomores so we were 16, 17.

12 Q.  What happened when your parents found out that Jasmine was

13 sexually active?

14 A.  Well, I heard them screaming in our room so I ran down the

15 hall from their room to see what was going on and he was

16 standing up on the bed and had her by her throat up against

17 the wall and my mom was just standing there watching.

18 Q.  You said "he."  Are you talking about your dad?

19 A.  Yes.

20 Q.  And he was standing on the bed?

21 A.  Yes.

22 Q.  And where was your mom?

23 A.  She was just standing in the floor.

24 Q.  And where was Jasmine?

25 A.  Pinned up against the wall by her throat.

1  Q.  Were her feet on the ground or on the bed?

2  A.  I'm not sure.  I couldn't see.

3  Q.  But was he higher up than she was?

4  A.  Yes.

5  Q.  What size bed are we talking about?  Is it a mattress on

6  the ground?

7  A.  This time they just took the top bunk off so that Kayla

8  could have her own bed and then me and Jasmine just had the

9  bottom bunk so they were on our bed.

10  Q.  And he was standing on top of that bunk?

11  A.  Yeah.

12  Q.  Do you remember if he was saying anything?

13  A.  No.  My mom saw me and because I started screaming "stop"

14  and she pushed me out of the bedroom and shut the door.

15  Q.  What was the next thing you remember happening?

16  A.  I had to go to work and Jasmine left.

17  Q.  Where were your brothers when this was going on?

18  A.  I'm not sure.

19  Q.  What about your sister Kayla?

20  A.  She was still in my mom's room but she was too scared to

21  go and see what was going on.

22  Q.  Do you remember about what time of year this happened?

23  A.  I remember that it was cold.

24  Q.  At some point after Jasmine moves out, do you in fact move

25  out of the house?

```
1    A.   After she moved out?

2    Q.   Yes.

3    A.   Yes.

4    Q.   How much time had passed from the time Jasmine moves out

5    of the house to you leaving as well?

6    A.   Maybe about a month or two.

7    Q.   And do you remember what day that you left your house?

8    A.   Yes.  It was New Year's.

9    Q.   Do you remember about how old you were?

10   A.   I was 17.

11   Q.   Just about to turn 18 years old?

12   A.   Yes.

13   Q.   Because your birthday is in January; correct?

14   A.   Yes.

15   Q.   Why do you leave your house?

16   A.   My mom kicked me out.

17   Q.   Why did she kick you out?

18   A.   I don't remember why.

19   Q.   Were you about a sophomore at this time?

20   A.   Yes.

21   Q.   When your mom kicked you out of the house, where did you

22   go?

23   A.   I had to walk to my Uncle Brian's who lived in the same

24   trailer park that we had lived in.

25   Q.   Was it the same trailer park as this?
```

83

1  A.  Uh-huh.

2  Q.  Okay.  That's Government's Exhibit Number 2?

3  A.  Uh-huh.

4  Q.  You went down to your Uncle Brian's house.  Why did you go

5  to your Uncle Brian's?

6  A.  Because it was almost midnight and it was cold and all I

7  had was a duffel bag and I was walking in the middle of the

8  night by myself and he was the closest one to me.

9  Q.  What were you thinking when you got kicked out?

10 A.  That I hated my mom.

11 Q.  Was your dad at home when you got kicked out?

12 A.  Not that I remember.

13 Q.  How long did you stay at your Uncle Brian's?

14 A.  Just that night.

15 Q.  Where did you go after your Uncle Brian's?

16 A.  I called my dad's sister Stephanie and she came and got

17 me.

18 Q.  Did you have a close relationship with your Aunt

19 Stephanie?

20 A.  Yes.

21 Q.  Why didn't you call her that night of New Year's Eve when

22 you got kicked out?

23 A.  Because it was already midnight and I didn't have a cell

24 phone.

25 Q.  And so does Aunt Stephanie come and get you the next day?

1   A.   Yes.

2   Q.   Did you end up moving in with Aunt Stephanie?

3   A.   Yes.

4   Q.   How long did you live with Aunt Stephanie?

5   A.   Up until right before I graduated, so that was in 2012.

6   Q.   Did your dad and Kayla stay in this house that we --

7   that's depicted in Government's Exhibit 6?

8   A.   No.  They got kicked out too.

9   Q.   Do you know when they were kicked out?

10  A.   Maybe a couple nights later.

11  Q.   And to your knowledge do you know where your dad and Kayla

12  went?

13  A.   They went to a hotel by Denny's in Pryor.

14  Q.   Did they stay there together?

15  A.   Yes.

16  Q.   I would like to talk to you about Stephanie's house.

17  Where did Stephanie live?

18  A.   She lives in Locust Grove across from the Hogan

19  Cemetery.

20  Q.   Who does she live with?

21  A.   Her husband and two of her daughters.

22  Q.   What are her daughter's names?

23  A.   All three?

24  Q.   Yes.

25  A.   Or just the ones she lived with?

1   Q.   Who were the daughters that she lived with?

2   A.   Brandy and Becky.

3   Q.   Who is the daughter that didn't live there?

4   A.   Brittany.

5   Q.   Where does Brittany live?

6   A.   Next door.

7   Q.   Is Brittany older?

8   A.   Yes.

9   Q.   Does Brittany have children?

10  A.   Yes.

11  Q.   When you moved in with your Aunt Stephanie, where did you

12  stay?

13  A.   At her house.

14  Q.   Did you have your own bedroom?

15  A.   No.

16  Q.   Did you have to share a bedroom with Brandy and Becky?

17  A.   Yes.

18  Q.   And what was life like when you moved in with your Aunt

19  Stephanie?

20  A.   Hectic.

21  Q.   What made it so hectic?

22  A.   We were constantly going to different sports and they

23  constantly had friends in and out.

24  Q.   Was it a party house?

25  A.   Looking back, yeah.

1    Q.  Were you around 16, 17 years old at the time?

2    A.  17, 18.

3    Q.  Were you drinking?

4    A.  Yes.

5    Q.  And did you drink at Stephanie's house?

6    A.  Yes.

7    Q.  Did Stephanie know that you were drinking at her house?

8    A.  Yes.

9    Q.  Were you still in school at the time?

10   A.  Yes.

11   Q.  And were you attending high school?

12   A.  Yes.

13   Q.  Where did you go to school?

14   A.  I was still going to Pryor at that time.

15   Q.  I want to draw your attention to a day in particular when

16   you were staying at your Aunt Stephanie's house.  At some

17   point during your stay do you tell Stephanie what had happened

18   to you with your father?

19   A.  I had been drinking and I told her daughter and one of her

20   daughter's friends.

21   Q.  Who was her daughter?

22   A.  Becky.

23   Q.  And were you drinking at Stephanie's house?

24   A.  Yes.

25   Q.  Where -- what time of day was it or time of year was it?

1   A.   I want to say it was just starting to be summertime.

2   Q.   Was it daytime, nighttime, or something else?

3   A.   Nighttime.

4   Q.   And who were you with?

5   A.   Everyone that was there.

6   Q.   How many people do you remember being there?

7   A.   Probably seven or eight people, maybe more.

8   Q.   Were you guys inside the house, outside the house?

9   A.   Both.

10  Q.   And what about that night, did you feel like it was okay

11  for you to tell what had happened?

12  A.   I get a little talkative when I've been drinking and it

13  was just Becky and her friend standing there.

14  Q.   Who was her friend?

15  A.   Kenley Burns.

16  Q.   Were you guys inside or outside the house?

17  A.   We were in Becky's room and they were recording me.

18  Q.   When you say they were recording you, with what?  A cell

19  phone?

20  A.   Yes.

21  Q.   Why were they recording you?

22  A.   I think it was something that Becky just had to hold over

23  my head.

24  Q.   Was the conversation about things that had happened in

25  your childhood?

1  A.  No, it was just me talking but then it led to that and she

2  put the phone down and went and told her mom.

3  Q.  So was she recording you just because she thought you were

4  going to say something silly because you were drinking?

5  A.  Yes.

6  Q.  And when you told Becky and Kenley that something had

7  happened, what did you tell them?

8  A.  I said that my dad had been touching me for the last 10,

9  11 years.

10  Q.  How did that make you feel saying it to somebody outside

11  of your family?

12  A.  I felt a little relieved.

13  Q.  What did Becky do when she heard you say this?

14  A.  She started asking me for details but I wouldn't tell her

15  because it was uncomfortable.

16  Q.  Was she still recording you at this time?

17  A.  No, she had put it down.

18  Q.  And at some point she goes and gets her mom?

19  A.  Yes.

20  Q.  What happens when Becky goes and tells her mom?

21  A.  Her mom told me to come here and she asked me and I

22  started telling her no.

23  Q.  Where -- was that Stephanie?

24  A.  Yes.

25  Q.  Did Stephanie ask you to come out into a different part of

1    the house?

2    A.   Yes, the living room.

3    Q.   And when you go out there into the living room, who all is

4    there?

5    A.   There was -- I just remember there was friends, a group of

6    friends maybe out there.

7    Q.   Are we talking friends that are Becky's age or friends

8    that are Aunt Stephanie's age?

9    A.   Becky's age.

10   Q.   And Stephanie was out there as well?

11   A.   Uh-huh.

12   Q.   When you go out to the living room, can you explain what

13   happens?

14   A.   She asked me about it and I told her -- she asked me if

15   that was true and I told her no, so she said she would ask me

16   the next day when I was sober.

17   Q.   Why did you tell her no?

18   A.   Because I knew I wasn't supposed to tell.

19   Q.   Well why did you tell Becky and Kenley?

20   A.   I guess I thought that they wouldn't run back and tell.

21   Q.   And so you told Aunt Stephanie that it didn't happen, and

22   the following day did she ask you again like she had said she

23   would?

24   A.   Yes.

25   Q.   Was it first thing in the morning?

1    A.   Yes.

2    Q.   What did she ask you?

3    A.   She asked -- she said, "come here, I need to talk to you

4    for a second."

5         And so I walked over to her and she said, "last night you

6    said your dad has been touching you.  Is that true?"

7         And I said, "yeah."

8         And she wanted details but I didn't give them to her.  I

9    just said, "he's been touching me."

10   Q.   Why wouldn't you give your Aunt Stephanie the details?

11   A.   It was uncomfortable and embarrassing.

12   Q.   So what happened once you told Aunt Stephanie that your

13   dad had been touching you?

14   A.   She said, "well, just stay away from him."

15   Q.   Did she talk to you anymore about what was going to

16   happen?

17   A.   She said that it was too late to do anything about it

18   because it happened too long ago, to just stay away from him.

19   Q.   How did that make you feel?

20   A.   I didn't -- I was kind of numb to it.

21   Q.   She told you that it happened too long ago.  Were you able

22   to tell her dates or how old you were when --

23   A.   She didn't ask.

24   Q.   But did you tell her?

25   A.   I just said that it started when I was five and it

1   happened for 10 or 11 years.

2   Q.   How long was this conversation with your Aunt Stephanie?

3   A.   Three, four minutes.

4   Q.   When you had this conversation with her the next morning,

5   was there anyone around?

6   A.   Her daughters Becky and Brandy.

7   Q.   Where did this happen?

8   A.   In the kitchen.

9   Q.   Why that next morning after you had slept did you think

10  that it was okay to tell your aunt about what had happened?

11  A.   Because I thought maybe she could help me, maybe she could

12  do something about it.

13  Q.   What help were you wanting?

14  A.   It was a burden that I had been carrying and I didn't know

15  what to do with.

16  Q.   Did Aunt Stephanie kick you out?

17  A.   No.

18  Q.   How long after you told Aunt Stephanie what had happened

19  did you stay living with Aunt Stephanie?

20  A.   I stayed with her -- I told her when I was in my -- the

21  end of my sophomore year, so I stayed with her until I was a

22  senior.

23  Q.   Did anything happen after you told Stephanie?

24  A.   No.

25  Q.   Police ever come and talk to you?

1   A.   No.

2   Q.   DHS ever come and talk to you?

3   A.   No.

4   Q.   Anyone at your school, a counselor or teacher ever talk to

5   you?

6   A.   She got me -- she unenrolled me from Pryor and put me in

7   alternative at Locust and got a counselor.

8   Q.   Do you know why you were unenrolled from Pryor High School

9   and put into an alternative program?

10  A.   She said it was too far of a drive and I had gotten behind

11  on some of my credits.

12  Q.   And you started seeing a counselor?

13  A.   Yes.

14  Q.   What kind of counselor?

15  A.   I'm not sure.  It was just -- she would come to the school

16  once a week and I would go talk to her.

17  Q.   Did you talk to her about stuff that happened with your

18  dad or stuff that was happening at school?

19  A.   Stuff that happened with my dad.

20  Q.   Was the counselor Stephanie's idea or your idea?

21  A.   I think it was the teacher's.

22  Q.   Did your family ever find out about what you had told your

23  Aunt Stephanie?

24  A.   Not until I told my mom and she told -- I told my mom and

25  she didn't say anything, she just left, and then Stephanie

1  told me not to go over to my dad's and her mom's house, give

2  her a couple of days.

3  Q.  So you told your mom what you had told Stephanie and then

4  your Aunt Stephanie tells you to not go see your mom or dad

5  for a couple of days?

6  A.  To not go see my Nanny.

7  Q.  Is your Nanny your dad's mom?

8  A.  Yes.

9  Q.  And do you know why you were supposed to stay away from

10  your Nanny's house?

11  A.  I assumed it made her mad and she was saying I was

12  lying.

13  Q.  How do you know that she was saying you were lying?

14  A.  Because she was hateful and that's her baby.

15  Q.  Is there anyone else in the family that found out about

16  what you had alleged had happened?

17  A.  My Uncle Anthony had heard about it.

18  Q.  And did he say anything to you about what you alleged had

19  happened?

20  A.  He caught me out in Stephanie's driveway and told me not

21  to be telling people that stuff because it's an embarrassment

22  to the family.

23  Q.  How did that make you feel?

24  A.  Worthless.

25  Q.  Did your dad find out that you had told Stephanie?

1    A.   Yes, because my mom.

2    Q.   Did your dad ever talk to you about what you had told your

3    Aunt Stephanie?

4    A.   No.

5    Q.   After you told your Aunt Stephanie, did you continue to

6    see your dad?

7    A.   No.

8    Q.   So those two years when you continued living with

9    Stephanie up until you graduated from high school, did you

10   have a relationship with your dad?

11   A.   No, not really.  He would text me here and there.

12   Q.   Did you graduate from high school?

13   A.   Yes.

14   Q.   When did that happen?

15   A.   In 2012.

16   Q.   Was that May?

17   A.   Yes.

18   Q.   Eventually do you get married?

19   A.   Yes.

20   Q.   When did you get married?

21   A.   In 2015.

22   Q.   And did you start having your own children?

23   A.   Yes.

24   Q.   I know you had previously identified that you have two

25   children.  When was your oldest born?

1    A.   In August of 2016.

2    Q.   And do you and your husband and children still live in

3    Pryor?

4    A.   We live in Salina.

5    Q.   Do you work?

6    A.   I sub at the elementary.

7    Q.   Substitute teacher?

8    A.   Uh-huh.

9    Q.   What do you teach when you're there?

10   A.   Some days I teach a classroom and some days I help the --

11   I'm a para for the kid -- the special kids.

12   Q.   When you say "special kids," like special education?

13   A.   Yes.

14   Q.   Do you enjoy it?

15   A.   Yeah.

16   Q.   At some point do you start seeing your dad again?

17   A.   When -- my senior year before I moved out of Stephanie's I

18   snuck over because I missed my family and she found out.  I

19   wasn't supposed to go see him so she kicked me out and they

20   came and got me.

21   Q.   I want to back up.  You missed your family?

22   A.   Uh-huh.

23   Q.   Who in your family did you miss?

24   A.   Well, I knew that my dad was pissed at me so I missed my

25   mom and my -- mainly my sisters.  They were my best friends.

1    Q.  So you snuck out of Stephanie's house to go and visit your
2    family.  And when did Stephanie find out about that?
3    A.  By the time I got back.
4    Q.  Same day?
5    A.  Uh-huh.
6    Q.  And you said that that made Stephanie upset?
7    A.  Yes.
8    Q.  Do you know why that made Stephanie upset?
9    A.  No.
10   Q.  But then you were kicked out of her house?
11   A.  Yes.
12   Q.  So where did you go live after that?
13   A.  My parents'.  They had bought -- they had got a house out
14   by Osage Schools going towards Claremore.
15   Q.  And you moved into that house?
16   A.  With them, yes.
17   Q.  Did you from that point on continue to have your dad
18   around in your life?
19   A.  Yeah.  He was, I mean, I didn't have a choice.  Him and my
20   mom were together and it was just forgotten about and not
21   talked about so that's what I went with.
22   Q.  At some point do you move out of the family home?
23   A.  Yes.
24   Q.  And move into your own house?
25   A.  Yes.

1  Q.  And when you move out of the family home and you're now

2  living by yourself or, you know, with your now family, do you

3  still or at this time were you having a relationship with your

4  dad?

5  A.  Somewhat.  We talked when we saw each other.

6  Q.  When would you see him?

7  A.  At family events, birthday parties or just cookouts.

8  Q.  I'm showing you what has been marked as Defense Exhibit

9  Number 2.  Can you identify for the jury who are the people in

10  this photograph?

11  A.  From the top from the left to the right is me, Kayla,

12  Jasmine and Brice, Presley.

13  Q.  Who is Presley?

14  A.  Kayla's little girl.  My dad.  Serenity is Jasmine's

15  little girl, and Branden.

16  Q.  Do you know about when this photograph was taken?

17  A.  I was 20 or 21.  I didn't have any kids yet.

18  Q.  Okay.  You appear to be a happy family.

19  A.  Uh-huh.

20  Q.  Would you characterize this as a happy family?

21  A.  A dysfunctional one.

22  Q.  I'm showing you what's been marked as Defense Exhibit 25.

23  Do you recognize this photo?

24  A.  Uh-huh.

25  Q.  Can you identify for the jury who are the individuals that

1    are in this photograph?

2    A.   That's my dad and me.

3    Q.   Where were you guys?

4    A.   We were -- I don't remember what the creek -- where people

5    go and float in Missouri.

6    Q.   How old were you?

7    A.   I had just graduated so I was 19.

8    Q.   And who all was on this trip with you guys?

9    A.   Brice, Branden, Kayla, me and my dad.

10   Q.   Not Jasmine?

11   A.   No.  She had Serenity our senior year.

12   Q.   And you would appear to be a happy person in this

13   photograph.  How can you explain how happy you are?

14   A.   It was -- when you go through something like that and

15   nobody does anything about it, then you get to the point that

16   you just want everything to be normal and you want a normal

17   family, and I didn't have much of a dad, like we were never

18   close, and all I wanted was to forget and forgive him and move

19   on.

20   Q.   This camping trip that we're looking at here, was this --

21   was this a fun camping trip?

22   A.   No.

23   Q.   What was so not fun about it?

24   A.   I remember that Kayla was in a Porta-Potty and me and my

25   brothers were acting like we were going to knock it over and

1   my dad blew up on us.  And she was telling him to calm down,

2   that we were playing.  But I don't remember us doing anything

3   on that camping trip, and then when we went to bed, there's a

4   wall that comes down and makes it to two rooms and me, Brice,

5   and Branden slept on one side and him and Kayla slept on the

6   other.

7   Q.   And I'm -- I see what I think is a tent in this

8   photograph.  Did your guys stay in a tent?

9   A.   Yes.

10  Q.   So there was like a division but it was in the tent that

11  made it into two rooms?

12  A.   Uh-huh.

13  Q.   And that night after you guys went to sleep, what

14  happened?

15  A.   I ended up getting sick and we had to go home the next

16  morning and he was mad about that.

17  Q.   Did it cut your trip short?

18  A.   Yes.

19  Q.   Was your dad around for the birth of your children?

20  A.   Yeah.  He came and saw them.

21  Q.   After you had moved out of the house and after you had

22  disclosed this childhood that you had, were you ever alone

23  with your dad?

24  A.   There was once when he didn't have anywhere to stay and I

25  told him he could stay at mine and my husband's house.  And my

1  husband was working nights and I thought maybe he had changed

2  because I hadn't -- he hadn't done anything to me and so he

3  asked me to watch a movie with him and I said, "well, let's go

4  in the living room and watch it."

5      And he said, "no, I'm going to watch it in here."

6      So he was sitting -- laying in the bed in his underwear

7  and I was sitting on the edge of the bed and I remember

8  feeling tense because it was uncomfortable and I had to go --

9  I was in beauty school so I had to go to school the next day

10 and I said I was going to bed.  And I thought that he was

11 acting kind of like he did, got that look in his eyes like he

12 did when we were younger, and so when I got in bed, I got my

13 husband's shotgun and laid with it and locked my bedroom door

14 and here he came knocking trying to get me to open the door

15 up.

16     I don't know what he wanted but I'm assuming it had

17 something to do with -- I just played like I was asleep.

18 Q.  Anything happen that night?

19 A.  No.

20 Q.  You said that he was around your children, for the birth

21 of your children and for your children growing up.  Was he

22 ever around your children by himself?

23 A.  No.

24 Q.  Did your husband know --

25 A.  No.

1    Q.   -- about what had happened during your childhood?

2    A.   No.

3    Q.   Kelsey, I just -- I want to understand.  You have spent a

4    good portion of the day today talking about the things that

5    happened to you in your childhood.  Can you explain to the

6    jury why it is or how it is that you were okay with your dad

7    being around you and your children later in life after

8    everything that you've told this jury that he's done to you.

9    A.   Because I told twice and nobody did anything about it and

10   I thought it was a lost cause by then because what I had been

11   told it had taken too long.  And I thought if I'm with --

12   around them all the time, then nothing -- he's not going to do

13   anything to them.  And he's only been around them maybe a

14   handful of times with me there, and you get to where that was

15   your normal growing up but you're tired of talking about it,

16   you're tired of thinking about it.  Nobody is going to do

17   anything about it so you just want to forget it and try to

18   have a normal life in a normal family the best you can.  And

19   that's what I tried to do.

20   Q.   Sometime later, Kelsey, do you post something on

21   Facebook?

22   A.   Yes.

23   Q.   What led you to talking about your experience on

24   Facebook?

25   A.   My sister Jasmine was going through a hard time, and at

1  the time I didn't know what it was, and she came to my house

2  crying and she mentioned that she has a lot on her chest and

3  she mentioned my dad.  And I said, "what did he do to you?"

4      And she said that he had raped her.

5      And I said, "did you fight him off?"

6      And she said, "no, you know how he is, he's -- he

7  conditions you, he eases into it and makes you think that it's

8  okay."

9      And I was fuming because what she just told me and --

10 Q.  Why did it make you so upset?

11 A.  Because it's one thing to do it to me, I can deal with

12 that, but when it comes to people I care about, I just -- I

13 don't want that happening and I didn't know it was happening

14 to her.  I thought I had taken the worst of it so that her and

15 my sister Kayla didn't have to and --

16 Q.  But you had known that something had happened to Kayla.

17 A.  Yeah.  But I -- I didn't think that she was getting it as

18 bad as I was.

19 Q.  So why do you choose Facebook?

20 A.  Because Stephanie told me that there was nothing I could

21 do about it, so if there was nothing I can do about it, and

22 he's a predator, everyone needs to know to keep their kids

23 away from him.

24 Q.  Even though you let your kids be around him?

25 A.  Yeah.

1    Q.   Why didn't you go to the police?

2    A.   Because I didn't think we could do anything about it.

3    Q.   Did you think about jury trials, justice system, any of

4    that in that moment?

5    A.   I didn't have any knowledge of any of that.

6    Q.   Were you trying to get him to be sent away to prison?

7    A.   No.

8    Q.   What did you think was going to happen by posting your

9    story on Facebook?

10   A.   Just that it would warn people to watch out for him, watch

11   their girls.

12   Q.   And you had entitled your story "I Am Free".

13   A.   Yeah.

14   Q.   Can you explain to the jury what you meant by the

15   statement that you were free?

16   A.   I didn't have to hold it in anymore.  I finally -- I

17   finally got to tell what happened and I didn't have to hold

18   that burden anymore.

19   Q.   When you wrote your statement, did you write down

20   everything that you could remember?

21   A.   Yes.

22   Q.   Talk to me about how you wrote that statement.  Did

23   someone help you or did you do it by yourself?

24   A.   I did it by myself and it took me about two days.

25   Q.   What took you so long?

1    A.   There was just so much that had happened that I had to

2    hold in and I had to sit and remember everything.

3    Q.   Did anyone know you were going to do it?

4    A.   No.

5    Q.   So what happened once you posted it on Facebook?

6    A.   I got positive feedback from friends and the police

7    department reached out to me.  Everyone except for family.

8    They were the only negative.

9    Q.   About how much longer -- well, let me back up.  So did you

10   have some negative reactions to it?

11   A.   Just from his side of the family.

12   Q.   Did you lose family members because of your posting?

13   A.   Yes.

14   Q.   Who did you lose a relationship with?

15   A.   Stephanie.  And I wasn't really close to his other

16   relatives, so just Stephanie.

17   Q.   Was that important to you, your relationship with

18   Stephanie?

19   A.   She was like a mom to me.

20   Q.   Pryor, Oklahoma, is pretty small.  Do you feel like

21   posting this on your Facebook page everyone in town knew your

22   story?

23   A.   Like now or --

24   Q.   Back then.

25   A.   Yeah.  I wanted -- I knew that everyone knew who we were

1   and so we've always been a -- me and my sisters have not ever

2   lied about something like that before so I knew that if the

3   police can't do anything about it, then at least people would

4   know what he's really like.

5   Q.   At some point does law enforcement contact you?

6   A.   Yes.

7   Q.   And can you explain to the jury what happened when the

8   police department reached out?

9   A.   They said they could do something about it and me and

10  Jasmine were really excited.  We were -- we didn't think that

11  anything could be done about it.

12  Q.   So what happened next?

13  A.   We started meeting with the detectives at the police

14  station and then we started meeting with attorneys and the

15  FBI.

16  Q.   How many times did you have to go and talk to Pryor Police

17  Department about your story?

18  A.   Multiple.

19  Q.   You had to meet with prosecutors on several occasions?

20  A.   Yes.

21  Q.   And even had to meet with special agents for the FBI?

22  A.   Yes.

23          MR. HASSE:   I'm going to go ahead and object.

24  Relevance.

25          THE COURT:  Why don't you meet over here.

1           (THE FOLLOWING PROCEEDINGS WERE HAD AT THE BENCH, OUTSIDE

2   THE PRESENCE AND HEARING OF THE JURY:)

3               MR. HASSE:   I --

4               THE COURT:  What's it offered for?

5               MS. REININGER:  It's offered that she has had to

6   talk to law enforcement about this account on several

7   occasions.

8               MR. HASSE:   This feels like bolstering.  This feels

9   like we're trying to show that other people are taking her

10  serious so the jury should take it serious.  I don't think

11  it's relevant to the charges.

12              MS. REININGER:  It's more that she had to account

13  her allegations on multiple occasions.

14              THE COURT:  Does that make it more true or more

15  false?

16              MS. REININGER:  No, but it -- well, the fact that

17  she's had to do this on several occasions and at some point

18  this has not been a positive experience for her and it goes to

19  why she would or would not fabricate a story like this just

20  for fun.

21              THE COURT:  I'll sustain the objection.

22              MS. REININGER:  Okay.

23          (THE FOLLOWING PROCEEDINGS WERE HAD IN THE PRESENCE AND

24  HEARING OF THE JURY:)

25  Q.  (BY MS. REININGER) Kelsey, do you want to be in court

1  today talking about this experience?

2  A.  No.

3  Q.  Has this been a positive experience for you having to go

4  through the legal process?

5  A.  No.

6          MS. REININGER:  I'll pass the witness, Your Honor.

7          THE COURT:  Sure.  I appreciate it.

8      We'll aim for 5:00; okay?

9          MR. HASSE:   I'm sorry?

10          THE COURT:  We'll aim for 5:00.  You don't have to

11  finish by 5:00 but I've got to give these guys a break at

12  5:00.

13          MR. HASSE:   Sure.

14                  CROSS-EXAMINATION

15  BY MR. HASSE:

16  Q.  Ms. Blaylock, I know you've testified to this.  If you

17  could just repeat, how old are you?

18  A.  I'm 29.

19  Q.  You're 29 now and you are a substitute teacher; is that

20  correct?

21  A.  Yes.

22  Q.  As a substitute teacher you've gone through some training;

23  is that correct?

24  A.  No.

25  Q.  No training whatsoever?

1   A.   No.

2   Q.   And that includes you have not as a substitute teacher

3   going into these schools been instructed on, for example, what

4   you're required to do if a student comes to you with sexual

5   abuse allegations?

6   A.   No.

7   Q.   You've never received any of that?

8   A.   (SHAKES HEAD SIDE TO SIDE)

9   Q.   You testified that -- is it true that Stephanie connected

10  you with a new school, the alternative school in Locust Grove,

11  when she lived with you; is that correct?

12  A.   Yes, that's correct.

13  Q.   And you were one way or another connected with a

14  counselor; is that correct?

15  A.   Yes.

16  Q.   And that happened immediately after you shared with

17  Stephanie Hendrickson that something had happened; is that

18  correct?

19  A.   No.

20  Q.   How -- how long then after you shared with Stephanie

21  Hendrickson that something had happened to you did you get the

22  counselor?

23  A.   It was about a year.

24  Q.   So it's your testimony that -- it's your belief that

25  Stephanie Hendrickson did not go to the school to share with

1  them that you had disclosed this incident; is that right?

2  A.  Correct.

3  Q.  Okay.  I would like to stick with what happened around

4  2012 around when you lived with Stephanie Hendrickson, your

5  aunt.  You just went over that with the government lawyer.

6  I'll -- is there anything that you feel that you left out that

7  you would like to add?

8  A.  No.

9  Q.  You stated in your testimony that Stephanie Hendrickson

10  kicked you out; is that correct?

11  A.  Yes.

12  Q.  Okay.  After -- strike that.

13       You posted to Facebook in August of 2020; is that

14  correct?

15  A.  Correct.

16  Q.  After you posted to Facebook making allegations, you were

17  in contact with Pryor Police Department; is that correct?

18  A.  That's correct.

19  Q.  After you made contact, Pryor Police Department, they

20  asked you to do another written statement; is that correct?

21  A.  That's correct.

22  Q.  And that other written statement is the statement the

23  government prosecutor had you pull out earlier during your

24  testimony; is that correct?

25  A.  Yes.

1  Q.  That was the same one?

2  A.  Yes.

3  Q.  You said that that was testimony -- pardon me.  You wrote

4  that all by yourself; is that correct?

5  A.  That's correct.

6  Q.  Okay.  Do you have it still in front of you?

7  A.  Yes.

8  Q.  Would you mind turning to it?  I believe it's Plaintiff's

9  Exhibit 7.  Excuse me, 8.  I'm sorry, it's Exhibit 9.

10  A.  Okay.

11  Q.  I can see handwritten in the upper right-hand corner there

12  are numbers.  I would ask that you turn to page 12 of that.

13      It was your testimony, Ms. Blaylock, that when writing

14  this statement you tried to include everything; is that

15  correct?

16  A.  That's correct.

17  Q.  I want to direct your attention to the second paragraph --

18  pardon me, the third paragraph.  These are your words, "I

19  moved back home so I could" --

20          MS. REININGER:  Objection, Your Honor.  Improper

21  impeachment.

22          THE COURT:  Why don't you come up.  Let's talk about

23  where we are.

24      (THE FOLLOWING PROCEEDINGS WERE HAD AT THE BENCH, OUTSIDE

25  THE PRESENCE AND HEARING OF THE JURY:)

1            THE COURT:  We are in Exhibit 9?

2            MR. HASSE:  Exhibit 9, page 12.

3            THE COURT:  Okay.

4            MR. HASSE:   The witness's testimony was just that

5  she moved back home because she was kicked out.  Here she says

6  she moved back home so that she could graduate with her

7  sisters.  Those seem to be at odds.

8            THE COURT:  Where is that?  I'm looking -- oh, I

9  see.  Okay.

10            MS. REININGER:  And that may be so but I think the

11  way to properly impeach her is she needs to be able to read

12  the statement.

13            THE COURT:  Sure.

14            MS. REININGER:  And then be able to be confronted

15  with the statement without the statement being read to her.

16            THE COURT:  Right.

17            MS. REININGER:  So she hasn't had an opportunity to

18  deny that she's made that statement.

19            THE COURT:  So it's the procedure?

20            MS. REININGER:  Yes.

21            THE COURT:  Not the sort of substance of the --

22            MS. REININGER:  It's just --

23            THE COURT:  So give her a chance to read it.  You

24  can make sure she understands which sentence and then we'll

25  proceed.

1          MR. HASSE:   Okay.

2          (THE FOLLOWING PROCEEDINGS WERE HAD WITHIN THE PRESENCE

3     AND HEARING OF THE JURY:)

4     Q.   (BY MR. HASSE) Directing your attention to -- it's the

5     second full paragraph starting with "I."  There's a sentence.

6     I would like to direct your attention to the second sentence

7     starting with "My."  Could you please read that sentence to

8     yourself?

9     A.   You are on page 12, aren't you?

10    Q.   That's correct.

11    A.   Okay.

12    Q.   Okay.  Now, when I asked you, Ms. Blaylock, "were you

13    kicked out," please explain to me how you put this together

14    with the explanation that you give in this statement.

15    A.   You're asking me -- I said I was kicked out and in my

16    statement it says that I moved back home to graduate with my

17    sisters; correct?

18    Q.   That's right.

19    A.   It was both.  I wanted to graduate with them as well.

20    Q.   Is it -- now, we didn't hear this in your testimony so I'm

21    going to ask, Ms. Blaylock, isn't it true that you told your

22    Aunt Stephanie Hendrickson to tell everyone that you made up

23    your accusations against Keith Parnell?

24    A.   That is correct.

25    Q.   In fact, when you spoke to Stephanie Hendrickson, the only

1  thing you disclosed to her was that Keith Parnell had given

2  you a wet willie; isn't that correct?

3  A.  Yes.

4  Q.  Now --

5          THE COURT:  I'm sorry, I didn't quite catch that.

6  Keith Parnell had?

7          MR. HASSE:   Just given her a wet willie.

8  Q.  (BY MR. HASSE) It was your testimony that you shared more

9  than that with Becky and Kenley Burns the night before; is

10  that correct?  More than just about the wet willie?

11  A.  I told Stephanie when I was five that he was licking my

12  ears.

13  Q.  I understand that, but you were five in 1998.  What we're

14  talking about right now is when you were 16 years old, I

15  believe, which was I guess 13 years ago, when you were living

16  with Stephanie.  I would like to focus in on that.  We can

17  turn back to when you were five.

18  A.  Okay.

19  Q.  In your testimony you talked about Becky Hendrickson,

20  which is your Aunt Stephanie Hendrickson's daughter.  She was

21  in the room with Kenley Burns; is that correct?

22  A.  Uh-huh.

23          THE COURT:  It's a yes or no.

24  A.  Yes.

25          THE COURT:  Thanks.

1        THE WITNESS:  Sorry.

2        THE COURT:  It's just hard for the court reporter.

3        THE WITNESS:  Oh, okay.

4    Q.  (BY MR. HASSE) And they were, in fact, recording you when

5    you were speaking?

6    A.  Yes.

7    Q.  What I took from your testimony is you said something more

8    than a wet willie when you were talking to the two of them; is

9    that right?

10   A.  Yes.

11   Q.  Okay.  Becky Hendrickson, to your knowledge is she still

12   alive?

13   A.  Yes.

14   Q.  And Kenley Burns, is she still alive?

15   A.  Yes.

16   Q.  She's somewhere?

17   A.  Yes.

18   Q.  Okay.  Do you remember the name of the counselor who you

19   spoke to through the school?

20   A.  No, I do not.

21   Q.  You don't.  Okay.  And it was your testimony that both

22   Becky Hendrickson and Brandy Hendrickson were present the

23   morning that you had a three-to-four-minute conversation with

24   Stephanie Hendrickson?

25   A.  Yes.

1    Q.   Is that correct?

2    A.   Yes.

3    Q.   And Brandy Hendrickson, she's also still alive and

4    somewhere?

5    A.   Yes.

6    Q.   Let's stick with -- let's talk about the exhibits.

7    Exhibit 25 was shown to you.  That was a -- I'm not going to

8    put it up right now but that was a picture of you on a camping

9    trip in, was it -- could it be 2012?

10   A.   Yes.

11   Q.   It was sometime soon after your graduation; is that

12   right?

13   A.   Yes.

14   Q.   Now, your testimony is you were already at that point an

15   adult over the age of 18; is that correct?

16   A.   Correct.

17   Q.   Your sister, Jasmine Parnell, she didn't go on that trip;

18   is that correct?

19   A.   That's correct.

20   Q.   You didn't have to go on that trip; is that correct?

21   A.   That's correct.

22   Q.   In fact there were other camping trips after that trip

23   from the photograph; isn't that true?

24   A.   No.  Not that I'm aware of.

25   Q.   You never went on another camping trip with Keith Parnell?

1    Is that your testimony?

2    A.   Not that I'm aware of.

3    Q.   I'm not clear on your answer.  I understand Keith Parnell

4    may have had other camping trips and you may have had other

5    camping trips.  I'm asking, did you have another camping trip

6    ever after the camping trip from that photo with Keith

7    Parnell?

8    A.   No, not that I'm aware of.

9    Q.   Now, we're going to go all the way back to the beginning

10   of your testimony with regards to you described the first

11   incident having happened at what you described as the blue

12   house, but in the photo it was pictured white; is that

13   correct?

14   A.   That's correct.

15   Q.   That's the first incident.  That was when you -- you

16   believe that happened when you were five years old?

17   A.   That's correct.

18   Q.   So being that you were born in 1993, that would have

19   happened in 1998; is that right?

20   A.   About right, yeah.

21   Q.   Okay.  You described this incident as your father Keith

22   Parnell French-kissing Jasmine Parnell your twin sister; is

23   that right?

24   A.   That's correct.

25   Q.   Did you, when you were five years old, know what a French

1    kiss was?

2    A.   No.

3    Q.   You describe in this incident that Keith Parnell motioned

4    you over and had you join together with them; is that correct?

5    A.   With just him.

6    Q.   Okay.  Incident -- but is it your testimony it never

7    happened like that ever again?  That there was never another

8    incident where it was both you and one of your sisters being

9    molested at the same time by Keith Parnell?

10   A.   That's correct.

11   Q.   Is your testimony that you had -- you have four siblings,

12   there's five of you in the house; right?

13   A.   Yes.

14   Q.   Each of those houses, none of them had more than three

15   rooms; is that correct?

16   A.   That's correct.

17   Q.   There was never a home that you lived in growing up where

18   you had a room by yourself; is that right?

19   A.   That's correct.

20   Q.   In fact, in at least one of the rooms it was all five

21   siblings; is that true?

22   A.   Yes.

23   Q.   Okay.  The second incident that you were questioned about

24   here, you described -- did you say Keith Parnell having you

25   kiss his boo-boo.  Do you recall that?

1    A.   Yes.

2    Q.   And as you described that, you were asked -- when you

3    testified that this was kissing his boo-boo in a new way, that

4    there was an incident before that incident; is that right?  An

5    incident that happened in the dark?

6    A.   Oh, yes.

7    Q.   The -- well, first let me ask about the -- let me ask

8    about that third incident which sounds like it was the second

9    incident.  That third incident that happened in the dark, it's

10   your testimony you couldn't see his penis because it was dark?

11   A.   Correct.

12   Q.   It was your testimony that he turned out the lights and so

13   you were in the dark; is that right?

14   A.   Correct.

15   Q.   But your siblings were not present?

16   A.   No.

17   Q.   You were five to six years old?

18   A.   Yes.

19   Q.   Your younger sister Kayla is 11 months younger than you;

20   is that correct?

21   A.   Yes.

22   Q.   And your two brothers are much younger, they're three and

23   four years younger; is that correct?

24   A.   Yes.

25   Q.   So it's your testimony that you were in the dark and all

1  of your siblings, much younger than you, were somewhere

2  outside in the dark playing; is that correct?

3  A.  Not in the dark.  It was daylight, but, yes.

4  Q.  Okay.  When -- it is your testimony that when the lights

5  were flipped out by Keith Parnell, you could no longer see; is

6  that correct?

7  A.  Correct.

8  Q.  But it was light outside?  Is that your testimony?

9  A.  Yes.

10  Q.  Were there not windows in that house?

11  A.  Yes.

12  Q.  There were windows in that house?

13  A.  Yes.

14  Q.  Were there windows in the room where this incident

15  occurred when you were five or six?

16  A.  No.

17  Q.  There were no windows whatsoever?

18  A.  No.

19  Q.  And it was a bedroom?

20  A.  Uh-huh.

21  Q.  You testified that the third incident that you described,

22  which actually happened second, that happened after you had

23  tried to tell your mother and your aunt that something had

24  happened to you.  Was that your testimony?

25  A.  Yes.

1    Q.   Okay.  If you still have it in front of you, could you

2    please turn to page number 2.  I understand it may take a

3    moment, but if you could, read the second full paragraph

4    starting with "same," and go ahead and read to the end of the

5    page.

6    A.   Okay.  Okay.

7    Q.   Correct me if I have this wrong, it was your testimony

8    that -- pardon me.  Let me take a step back.  After each of

9    the incidents that you described in your direct testimony, you

10   recall being asked why you didn't tell anyone?  Do you recall

11   those questions?

12   A.   Uh-huh.

13   Q.   And --

14   A.   Or, yes, sorry.

15   Q.   Thank you.

16        After describing this incident, you were asked why you

17   didn't tell anyone; is that right?

18   A.   Yes.

19   Q.   Just like with each of the other incidents.  And after

20   this incident, wasn't it your testimony that you didn't tell

21   anyone because you had already been threatened by your father

22   that if you told anyone, that he and your mother would be

23   taken away?  That was your testimony, wasn't it?

24   A.   Yes.

25   Q.   Now, rereading page 2 of your statement from August 2020,

1   do you see that that may not match up?

2   A.  I see what you're getting at.  Yes.

3   Q.  So your testimony -- your written statement in this case

4   doesn't match up with the testimony you gave here today; is

5   that fair to say?

6   A.  That's correct.

7   Q.  Let me address then the fourth incident that you spoke

8   about, this, just to orient you, trailer in Pryor, a brown

9   trailer.  Correct me if I'm wrong, your testimony was that you

10  were in the second to third grade, perhaps eight to nine years

11  old at Roosevelt Elementary.  Is that accurate?

12  A.  That's correct.

13  Q.  Okay.  I'm -- now, you understand there's an indictment in

14  this case, and age matters, so I'm going to ask can you please

15  tell me specifically as you can to the best of your

16  recollection, incident number 4, the incident where your

17  mother walked in, did that happen when you were eight or when

18  you were nine?

19  A.  I don't recall.  It was one or -- that was a long time ago

20  so I'm not going to be perfect on the exact age.

21  Q.  I understand.  Because it was nearly 20 years ago; is that

22  right?

23  A.  Correct.

24  Q.  Okay.  I would like to direct your attention to page 5 of

25  the same statement that you made.

1          Well, pardon me, let me ask you to turn first to page 4.

2    I know it's hard because we don't have numbering on this page,

3    but if you turn to the paragraph on page 4 that says "once

4    again," it goes on to mention second or third grade.  Could

5    you read to yourself the next sentence after "we were in

6    second and third grade here."

7    A.   Yes.  I see it.

8    Q.   Okay.  Does that refresh your recollection of your actual

9    age, or was your testimony today that you were eight to nine

10   years old, was that more accurate?

11   A.   Eight or nine.  I don't know the exact age.

12   Q.   You could have been ten though; is that correct?  When you

13   wrote this statement, you thought you could have been nine or

14   ten; is that right?

15   A.   Yes.

16   Q.   When you gave -- now, let's go ahead and turn to page 5.

17   When you offered testimony today, you described Keith Parnell

18   having heard your mother walking in and throwing something

19   over your head so that Jennifer Parnell didn't see what

20   happened; is that right?

21   A.   He threw it over my lap but, yes, that's correct.

22   Q.   And it was your testimony today that Jennifer Parnell

23   didn't see what happened?

24   A.   To my knowledge she didn't.

25   Q.   If you would, please, on page 5 of your statement, it will

1  be a little difficult to get to this, but if you scan down

2  about halfway the page, "Finally the knob turned," if you

3  could read from there to the end of the paragraph, please.

4  A.  From where?

5  Q.  From "finally."

6  A.  I don't guess I see where you're talking about.

7  Q.  Okay.  Do you want to -- please, can you tell me, did she

8  or did she not see?

9  A.  I don't know.

10 Q.  But in your statement you indicate you believe she did

11 see?

12 A.  Yes.

13 Q.  And your testimony today was she did not see?

14         MS. REININGER:  Objection, Your Honor.  I think this

15 calls for speculation.

16         MR. HASSE:   I disagree.

17         THE COURT:  No, I'll take an answer.

18 A.  I don't know if she saw or not.  I would think she did but

19 she never brought it up.

20 Q.  (BY MR. HASSE) In fact you said there's no way she

21 didn't --

22 A.  Yeah.

23 Q.  -- in your statement.

24     In an interview with law enforcement on -- in January, I

25 believe it was January 12th, did you tell a law enforcement

1    agent that -- did you tell a law enforcement agent in an

2    interview in January of 2021 that there's no way that Jennifer

3    Parnell could not have known?

4    A.   Yes.

5    Q.   And Jennifer Parnell is your mother?

6    A.   Yes.

7    Q.   I would like to turn to incident number 5, the one that

8    you discussed right after the incident where your mother

9    walked in.  It was your testimony that you did your best to

10   include all of the abuse that you recalled in your written

11   statements; is that accurate?

12   A.   Correct.

13   Q.   In fact, that incident number 5 that you said happened in

14   your parents' bedroom, you did not disclose that in your

15   written statements; is that true?

16   A.   That's correct.

17   Q.   Did you recall that incident after you had done the

18   written statements in August 2020?

19   A.   Correct.

20   Q.   Now, for some of these places as we discussed you were

21   sleeping with your sisters and your brothers as well?

22   A.   Correct.

23   Q.   Okay.  It was your testimony that you did not throughout

24   your childhood disclose that abuse had happened because of the

25   threat that Keith Parnell had made to you; is that fair?

1    A.   Correct.

2    Q.   Because if you told someone, then maybe the police would

3    come or someone else would come and take your parents away; is

4    that --

5    A.   Correct.

6    Q.   Up until much later, though, you never talked to -- you

7    never talked to either of your brothers about it; is that

8    accurate?

9    A.   That's correct.

10   Q.   At some point, though, you believe you talked to Branden

11   Parnell about it?  Is that true too?

12   A.   That's correct.

13   Q.   Is it true that you told law enforcement at one point that

14   Branden Parnell asked you if you had been abused?

15   A.   No, that's not correct.

16   Q.   So you -- just to be clear, you do not recall in high

17   school Branden Parnell ever asking you if your father was

18   abusing you?

19   A.   Correct.  He didn't ask me.

20   Q.   He never asked you.  Okay.  Do you recall stating that

21   Branden Parnell once told you he walked in to a bedroom and

22   saw Kayla with her panties off with your father?

23   A.   Correct.

24   Q.   He said that to you?

25   A.   Yes.

1    Q.   Let me address what happened in, let's see, house number

2    four, that was from Exhibit 4.  It was a three-bedroom house.

3    I believe you testified that you, Jasmine Parnell, and your

4    sister Kayla Parnell shared a room in that house; is that

5    accurate?

6    A.   Yes.

7    Q.   It was a three-bedroom house and you were in the fifth

8    grade.  Does that sound right?

9    A.   Yes.

10   Q.   Your testimony today, you described having been able to

11   hear Keith Parnell sexually molesting your sister Kayla

12   Parnell.

13   A.   Correct.

14   Q.   Was that your testimony?

15   A.   Yes.

16   Q.   You discussed this incident in your written statement as

17   well; is that true?

18   A.   Yes.

19   Q.   In your written statement you -- is it true that you

20   previously said that you could also see a silhouette and could

21   see him, Keith Parnell, physically there molesting Kayla

22   Parnell?

23   A.   True.

24   Q.   Is it fair to say that you can say with certainty from all

25   of your senses that was definitely Keith Parnell and he was

1  definitely there molesting Kayla Parnell?

2  A.  Yes.

3  Q.  How often did you talk to your younger sister Kayla

4  Parnell about the sexual abuse?

5  A.  I didn't.

6  Q.  Is it your testimony today that you never once spoke with

7  Kayla Parnell about sexual abuse?

8  A.  I've asked her if it's happened to her.

9  Q.  So how many times did that happen?

10 A.  Once or twice.

11 Q.  More than once you spoke with Kayla Parnell discussing

12 sexual abuse; is that right?

13 A.  Yes.

14 Q.  Okay.  Do you recall where you spoke with Kayla Parnell on

15 either occasion?

16 A.  Yes.  We were in her truck at my sister Jasmine's

17 boyfriend's house and I asked her if our dad had been doing

18 anything to her, and she wouldn't answer me.

19      And I said that he had been doing stuff to me.

20      And she said, he said you wanted to, that you hugged him

21 a certain way and that you looked at him a certain way.

22      And then she would scream and cry and she would call him

23 and he would come get her.

24 Q.  When precisely did this happen?

25 A.  It had to have been our senior year because Jasmine was

1    living with her boyfriend.

2    Q.  When you say "our senior year," it was your senior year,

3    Jasmine's senior year, and Kayla's senior year, because the

4    three of you were in the same grade at that point; is that

5    right?

6    A.  Yes.

7    Q.  You said there was perhaps one other -- pardon me.  There

8    may have been one other time; is that correct?

9    A.  Yes, but I don't recall.  I don't recall it.

10   Q.  Now, with incident number eight I believe your -- I

11   believe you were testifying that you were 12 to 13 years old

12   when you allege Keith Parnell nearly took your virginity as

13   you -- I'm sorry, I don't want to put words in your mouth.

14        What -- what happened -- what happened with Keith Parnell

15   that, according to your testimony, caused you to cry when you

16   were 12 to 13?

17   A.  He had his penis on my vagina.

18   Q.  Okay.  What -- you spoke after that about an incident with

19   a hickey; is that correct?

20   A.  Yes.

21   Q.  That incident happened after the previous incident where

22   you say Keith Parnell had his penis on your vagina; is that

23   correct?

24   A.  That's correct.

25   Q.  Okay.  So it was not when you were ages 9, 10 or 11, in

1   fact, you had to have been older than 12 or 13; is that right?

2   A.   That's correct.

3   Q.   Okay.  Turn to incident number nine, I'll just say at the

4   lake.  Is it true that your testimony was that Keith Parnell

5   touched you inappropriately while your mother, your

6   grandmother, your step-grandpa, and Brice were present?

7   A.   Yes.

8   Q.   Okay.  Did you discuss that incident with any of those

9   people?

10  A.   No.

11  Q.   And it's your testimony that you believe none of them saw;

12  is that correct?

13  A.   That's correct.

14  Q.   That was your impression at the moment because nobody

15  said, "hey, what's happening?"

16  A.   Correct, yes.

17  Q.   Today you give testimony that you were at house number

18  five, I think you described it as a white house, living with

19  your mom after your dad moved out; is that right?

20  A.   A white house?

21  Q.   There was a house -- there was a house where you lived

22  with your mom alone for some period of time?

23  A.   Oh, yes.

24  Q.   While your father had moved out; is that right?

25  A.   That's correct.

1    Q.  And it's your recollection that he had been kicked out?

2    Is that what you thought had happened?

3    A.  Yes.

4    Q.  Your mom at that time was very unhappy with Keith Parnell;

5    is that fair to say?

6    A.  Yes.

7    Q.  She had a lot of angry words to say about him; is that

8    right?

9    A.  That's correct.

10   Q.  Okay.  But you did not tell your mother at that house that

11   Keith Parnell had sexually assaulted you?

12   A.  No.

13   Q.  You did not tell her?

14   A.  No.

15   Q.  And just before we break, I would like to ask, which of

16   these houses is the house where a horse stuck its head through

17   your window and into your room?

18   A.  That was when I was little, like before I was -- I was

19   three or four.  They always said it was a dream but I thought

20   it was real.

21   Q.  You've told a lot of family members that story; is that

22   right?

23   A.  Uh-huh.

24   Q.  And you told them you were certain it happened?

25   A.  Yes.

1    Q.  And you told them that it happened at an older age than

2    three or four; isn't that correct?

3    A.  No.

4         MR. HASSE:   Should we --

5         THE COURT:  Why don't we take a break.  I'll let you

6    go.  Just remind you to leave all this behind you.  We'll pick

7    up tomorrow at 8:30 and not discuss it with your friends and

8    family this evening.

9        If you leave your notes on the chairs, we'll take care of

10   them.  They'll be there -- the notepads will be there for you

11   in the morning.

12       (THE FOLLOWING PROCEEDINGS WERE HAD IN OPEN COURT, OUT OF

13   THE PRESENCE AND HEARING OF THE JURY:)

14        THE COURT:  All right.  I'll let you step down as

15   well.  You're in the middle of your testimony so I would ask

16   the same thing of you, that you not discuss it with anybody.

17   Just go home and take care of your family and come back

18   tomorrow.

19        THE WITNESS:  All right.  Thank you.

20        THE COURT:  Thanks.

21       If you could get me, say by tomorrow morning, just

22   printouts or topic headings for the additional circuit model

23   rule instructions that you would like us to consider adding.

24   It's just hard to add it on the fly at the end.

25        MR. HASSE:   Sure.  Yes, Your Honor.

1          THE COURT:  I know you've been busy today but if you

2    could take a moment over the evening just to let me know what

3    the topics are and if you can print them, that will be

4    great.

5          MR. HASSE:  Will do it.  Thank you, Your Honor.

6          THE COURT:  Anything else?

7          MS. REININGER:  What time would you like us back in

8    the morning, Your Honor?

9          THE COURT:  You know, if you're ready to go at 8:30,

10   that's plenty.  I don't think we've got any issues to talk

11   about and we'll just be ready to roll at 8:30 and look for you

12   then; okay?

13         MS. REININGER:  Thank you, Your Honor.

14         THE COURT:  Thanks.

15      (EVENING RECESS WAS HAD)

16

17                    **REPORTER'S CERTIFICATION**

18      I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT

19   TRANSCRIPT OF THE PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

20

21              CERTIFIED:    S/Laura Griffin
                              Laura Griffin, RPR, CRR
22                            United States Court Reporter
                              333 W. 4th Street, RM 411
23                            Tulsa, OK  74301
                              (918) 699-4879
24                            laura_griffin@oknd.uscourts.gov

25