```
               UNITED STATES DISTRICT COURT FOR THE
                   NORTHERN DISTRICT OF OKLAHOMA


UNITED STATES OF AMERICA,       )
                                )
          PLAINTIFF,             )
                                )
vs.                             )   Case No. 21-CR-439-GWC
                                )
                                )
KEITH DUANE PARNELL,            )
                                )
          DEFENDANT.             )
                                )




              TRANSCRIPT OF OPENING STATEMENTS
         BEFORE THE HONORABLE GEOFFREY W. CRAWFORD
                UNITED STATES DISTRICT JUDGE
                          AND JURY
                       MARCH 7, 2022
```

A P P E A R A N C E S

FOR THE PLAINTIFF:

REAGAN V. REININGER and CHANTELLE DIAL, Assistant United States Attorneys, 110 West 7th Street, Suite 300, Tulsa, OK 74119

FOR THE DEFENDANT:

THEODORE M. HASSE, Wirth Law Office, 500 7th Street, Tulsa, OK 74119

Transcribed by: Laura Griffin, RMR-CRR, Laura_Griffin@oknd.uscourts.gov

1     (OPENING INSTRUCTIONS OF THE COURT WERE READ BUT NOT
2  DESIGNATED PART OF THIS RECORD.)
3      (THE FOLLOWING PROCEEDINGS WERE HELD IN OPEN COURT,
4  WITHIN THE PRESENCE AND HEARING OF THE JURY:)
5         THE COURT:  Fair enough, yeah.  No, the visitors are
6  entirely welcome.  All right.
7     With all of that said I will turn things over to the
8  government for opening statement.
9         MS. REININGER:  Thank you, Your Honor.
10    I am free.  In 2019, 27 year old Kelsey Parnell Blaylock
11 posted a lengthy statement on her Facebook page entitled "I Am
12 Free" detailing the house of horrors that she and her twin
13 sister experienced during their childhood.  Kelsey's public
14 disclosure exposed a family secret that led to an
15 investigation that brings us here today.
16    The defendant, Keith Parnell, the patriarch of the
17 Parnell family, is charged with sexual abuse of his two minor
18 daughters.  We are about to embark on a tale of a decade of
19 unlawful and offensive behavior these women endured throughout
20 their childhood.
21     As the indictment was read to you, you heard the terms MV
22 1 and MV 2 representing minor victim one and minor victim two.
23 Our is story begins in 1998 when twin sisters Kelsey and
24 Jasmine Parnell were five years old living with their mother,
25 the defendant, and their young siblings in Pryor, Oklahoma.

1        The young girls attended kindergarten at Washington
2   Elementary.  Their mother Jennifer was always working leaving
3   the children at home with the defendant to groom his young
4   girls into willingly satisfying his sexual desires.
5        You will hear how the defendant raised his daughters in a
6   home where they unquestionably did as they were told.
7   You will be introduced to minor victim one, Kelsey Blaylock, a
8   quiet, shy, gentle young woman, now married with children of
9   her own.  She will appear nervous and withdrawn.
10       You will be introduced to minor victim two, Jasmine
11  Parnell, the complete opposite of her twin sister Kelsey.
12  Jasmine is not shy but outspoken and you will see her makeup,
13  you will see her hair, you will see her tattoos.  A woman that
14  one may look at and presume is the type of girl with daddy
15  issues.  Jasmine now has children of her own and spends her
16  free time at the gym boxing and talking about her recovery on
17  social media.
18       You will hear Kelsey recount a time when she was five
19  years old watching the defendant make out with her sister
20  Jasmine and that the defendant motioned for her to join.  That
21  she did as she was told and that the defendant kissed her
22  ears, her mouth and her neck.
23       Kelsey will testify that she told her mom and her aunt
24  about her daddy licking her ears and that the defendant pulled
25  her into his room and told her that she couldn't tell anyone

1  or that she wouldn't see her family again.  That the defendant
2  told her that this was their little secret.
3      Kelsey will testify that at six years old she was at home
4  alone with her father when she was called to his bedroom.  The
5  defendant told her that he had a boo-boo and asked her to kiss
6  it.  The defendant put her hand on something prickly and she
7  kissed his boo-boo.
8      As charged in Count 1 Kelsey will describe a time around
9  six years old that she was playing outside with her siblings
10 when the defendant called her inside.  The defendant pulled
11 her to the side of the door, leaned up against a wall, pulled
12 down his pants and told her that he was hurting and that he
13 wanted to show her a new way of kissing his boo-boo.  Kelsey
14 will describe the defendant grabbing the back of her head and
15 sliding his penis in and out of her mouth.
16     Jasmine will recount a time when she was about five years
17 old watching porn with her father in his bedroom.  As charged
18 in Count 6 Jasmine will recall a time she was in the kitchen
19 doing dishes when the defendant walked in behind her, slid his
20 hands down her pants under her panties and rubbed her vagina
21 in a circular motion asking her if it felt good.  Jasmine will
22 also recount several times that she was asleep and woken up by
23 the defendant rubbing her private parts with his fingers.
24     Around the time that she was in the second or third grade
25 Kelsey will testify about a time that she was alone on the

Case 4:21-cr-00439-GWC   Document 66 Filed in USDC ND/OK on 09/14/22   Page 5 of 17

5

1  couch wearing a T-shirt and panties when her dad pulled down
2  her panties, kissed and licked her genital area, and asked her
3  if it felt good.
4      As charged in Count 7 Jasmine will tell you about a time
5  that she was asleep and woke up to the defendant touching her
6  genitals and inserting his finger into her vagina asking her
7  if it felt good.  She will testify to being afraid to say
8  anything and to just doing what she was told.
9      As charged in Count 2, Kelsey will testify that she was
10 in the fourth grade, she was around 10 to 11 years old, and
11 falling asleep in the living room during a movie, only to wake
12 up to her had father spitting on her genitals and rubbing her
13 vagina with his fingers.
14     Around this time Kelsey will also testify about falling
15 asleep alone in her parent's bedroom and waking up to her dad
16 inserting his fingers into her vagina and instructing her to
17 give him a hand job.
18     Kelsey will tell you about a time when she was a young
19 teenager in the family's house on True Road and shared a
20 bedroom with her sisters Jasmine and Kayla and she woke up to
21 her dad kneeling down by Kayla's genital area making sounds
22 Kelsey associated with kissing and licking.
23     As charged in Count 3 Kelsey will describe a time she
24 awoke to the defendant on top of her with her legs on either
25 side of his waist, his penis touching her genitals attempting

to insert them into her body.

   She will describe how she started to cry so that the defendant would stop and how she later discovered a hickey on her neck and to avoid getting into trouble with her mom she covered her hickey with makeup.

   Eventually Keith Parnell moved out of the family home and into a place of his own where his children would dread having visit him.  As charged in Count 4 Kelsey will recount having to visit her father and that the siblings would sleep on the living room floor except their little sister Kayla who would sleep in a bed with her father.

   Kelsey will testify to laying in bed with the defendant while he rubbed her vagina with his fingers while her little sister Kayla was sleeping next to her.

   Eventually the defendant returned back to the family home.  As charged in Count 8, 9 and 10, Jasmine will testify about a time that she was 12 to 13 years old, she was home alone with her father and was called in to his bedroom where he touched her genitals with his fingers, inserted his fingers into her vagina, and she recalls the defendant asking her to suck his dick.

   After oral sex the defendant turned her around, inserted his penis into her anus and she will recount the pain to you that she felt after asking him to stop.  But instead her father inserted his penis into her vagina until he ejaculated

onto her stomach.

In that moment Jasmine will tell you about the fear she had of getting pregnant and how it consumed her.  Within a week Jasmine had started her period and told her father that she didn't want to do this anymore and the defendant finally agreed.

As charged in Count 5 Kelsey will tell you one evening after being out with her friends she fell asleep on the couch and woke up to the defendant rubbing her breasts.  That she got angry with the defendant and finally told the defendant to stop.  All of this occurred before these girls were even old enough to drive a car.

When Jasmine was 17 years old the defendant became upset upon finding out that she was sexually active with her boyfriend.  He was so angry that he attempted to strangle her. As a result Jasmine moved out of the family home and shortly after Kelsey Parnell was kicked out of the house and moved into the defendant's sister's home, their Aunt Stephanie.

The day after Kelsey was kicked out, Kayla and the defendant were also kicked out of the home and they moved into a nearby hotel to live together.

While living with Aunt Stephanie, Kelsey finally disclosed that her dad had been molesting her.  Aunt Stephanie told Kelsey that if she was going to report it that she would be taken away, so Kelsey at 17 years old, in fear of losing

1  her family, told Stephanie it didn't happen.
2       But Aunt Stephanie told the family and their response,
3  the victim's grandmother, told her to shut up.  The
4  defendant's brother told her to keep it to herself, that this
5  was going to be an embarrassment to the family.  Kelsey's own
6  mother accused her of making it up.
7       So in silence the girls attempted to create a normal life
8  for themselves.  Jasmine started a family of her own.  Kelsey
9  eventually married and started her own family and now that
10 they were adults, independent from their parents, the sisters
11 attempted a relationship with their father.  After all he is
12 their parent, he is their father.
13      He was invited to birthday parties, he was invited to
14 holiday events, and they wished him well on Father's Day and
15 Merry Christmas on Christmas.  But around the time Kelsey's
16 oldest daughter was five years old, about the age when her
17 abuse began, she realized that she could no longer live with
18 the trauma that this defendant had caused her and wanted to
19 reveal the Parnell family secret, that for years her father
20 had sexually abused her.
21      So she did what is typical of her generation and she
22 posted it on Facebook.  She publicly posted all of the
23 incidents of abuse that she could remember.  I am free.
24 Kelsey finally felt like she was taking control of her life.
25      Kelsey's post floated through Facebook and was eventually

1  forwarded to Pryor Police Department Detective Justin Allen.
2  Upon reading the post Detective Allen reached out to Kelsey,
3  to Jasmine, and to their little sister Kayla and an
4  investigation ensued.
5      Kelsey and Jasmine cooperated with law enforcement.
6  Jasmine for the first time disclosed years of sexual abuse
7  that she had endured by her father to Detective Allen.  During
8  Detective Allen's investigation several people were identified
9  and interviewed.
10     You will learn why these victims did not tell anyone of
11 the abuse before they had moved out.  That they were afraid of
12 being in trouble or becoming orphans.  That at young ages they
13 were told not to tell, that they would never see their family,
14 and that they would embarrass their family.
15     You will hear the girls' mother Jennifer Parnell.  While
16 not a witness to any of the abuse, listen to Jennifer's
17 account of the girls' childhood.  Listen to the support system
18 or the lack thereof that these girls had, that the family
19 provided to them, while they struggled to grasp the years of
20 abuse that they endured.
21     You will hear from Aunt Stephanie.  Listen to her account
22 of 17 year old Kayla's disclosure and the family's reaction.
23 You will hear from Carlie Jones, an acquaintance of the
24 Parnell family, who was present the day that Kelsey disclosed
25 to her Aunt Stephanie.

1    You will hear from Pryor Police Detective Justin Allen
2 and the investigation that he conducted.  You will learn that
3 in cases like this you won't see DNA, you won't see
4 surveillance videos or hear witnesses that observed the abuse.
5    You will learn that this type of crime occurs in
6 isolation, in private, behind closed doors allowing
7 perpetrators to manipulate their victims into submission.
8    At the conclusion of the evidence the United States is
9 going to ask that you find beyond a reasonable doubt that
10 Defendant Parnell is guilty of aggravated sexual abuse and
11 sexual abuse of Kelsey Blaylock and Jasmine Parnell in the
12 Northern District of Oklahoma.
13         THE COURT:  Sir.
14         MR. HASSE:  Let me start just right up front by
15 saying that the evidence will show that Keith Parnell, the
16 defendant, didn't do any of these monstrous crimes that he's
17 accused of.
18    Now, this is not a case that's going to turn on
19 technicalities or different points of view.  There can be
20 criminal cases where everybody who comes in as a witness is
21 telling you the truth at least from their point of view.  This
22 is not one of those cases.
23    The evidence will show that there's a huge contrast
24 between the claims that are being made by the complaining
25 witnesses, the twins Kelsey Blaylock and Jasmine Parnell, and

1  the claims of what you'll find is essentially the rest of the
2  witnesses that are going to testify before you in this trial.
3      Now, it's essentially impossible that all of the
4  witnesses that are going to come and speak before you in this
5  trial are telling the truth.  Somebody is going to be lying to
6  you and it's your job, you, the jury as the triers of fact,
7  the judges of the fact, to determine who is telling the truth
8  and who is lying.
9      When defense we're at a disadvantage.  You get to hear
10 all of the evidence from the prosecution first and so we
11 respectfully ask that you fulfill that promise to keep an open
12 mind, to listen to all of the evidence, particularly in a case
13 like this where we expect that you're going to hear from
14 witnesses that are giving accounts that can't match with each
15 other, that as you listen to the testimony, ask that you do
16 two things.
17     Consider as you're getting this testimony from these
18 witnesses for what they're telling you to be true, to actually
19 be true, what else has to be true.  So, for example, if
20 they're telling you that certain things happened in the
21 presence of other people over extended years, what else would
22 have to be true?  Would it have to be true that nobody else
23 saw?  Would it have to be true that people were in the room
24 while this was happening.  Also consider carefully as you hear
25 this testimony for this witness's testimony to be true, who

```
 1  else has to be lying.
 2       Now, in keeping an open mind you're going to have to
 3  consider the possibility that the U.S. Government can make
 4  mistakes, that they can bring charges against innocent people.
 5  Well, the U.S. Government has already made mistakes in their
 6  presentation to you.
 7       The U.S. Government's opening statement started with "I
 8  Am Free," a statement by Kelsey Blaylock that she posted to
 9  Facebook for the whole world.  The government started by
10  explaining to you that that happened in 2019.  It's not a
11  small matter that it in fact happened in 2020 and it was late
12  in 2020.
13       These are very recent allegations and I hope as you
14  listen to the evidence, the testimony, you consider why are we
15  here today.  We have in the indictment allegations going back
16  to 1993, that the core of it is from 1998 to 2007, but as
17  you're listening to testimony and trying to make sense of how
18  it is that we are here in 2022, how is it possible that this
19  didn't come up before.
20       Now, at the -- in closing arguments after you've heard
21  all of the witnesses we'll be able to share a theory of
22  precisely what happened to lead the twins to make these
23  heinous accusations in late 2020 after all this time.
24  Accusations that reach back, you know, over 20 years some of
25  them.
```

1       But right now we're going to talk about what we expect
2  the evidence at trial will show, so allow me to highlight for
3  you what the evidence will show as how we got here today just
4  recently.
5       The evidence will show that the last time that Jasmine
6  Parnell and Keith Parnell were together was for Sunday dinner
7  at Norma Parnell's home.  That's Keith Parnell's mother.
8  That's the twins' grandmother.  It was a Sunday dinner.  There
9  were lots of witnesses and Jasmine Parnell confronted Keith
10 Parnell and said to the defendant, Mr. Parnell, essentially
11 that he was favoring her siblings and their children and that
12 he wasn't coming over enough to spend time with her, Jasmine
13 Parnell, and her daughters.
14      They argued.  Some of the witnesses that will testify
15 will say that they were there and they heard the argument.
16 This was about jealousy for Jasmine Parnell.  The evidence
17 will show that there had been a rift developing in the
18 relationship between Keith Parnell and Jasmine Parnell.  It
19 was generally about the online behavior of postings on social
20 media, embarrassment, these kinds of things, family stuff.
21      That was the last time that they saw each other in
22 person.  It wasn't accusations by Jasmine Parnell that Keith
23 Parnell had done something monstrous and horrible to her, it
24 was about him not spending enough time with Jasmine Parnell's
25 daughters.

1    What happened some time after that, only Jasmine Parnell
2 and Kelsey Blaylock know precisely what happened next, but the
3 evidence will show that Kelsey Blaylock sometime after that
4 contacts Keith Parnell, the defendant, by text message in a
5 rage accusing him of having molested her sister, her twin
6 sister, Jasmine Parnell.
7    Kelsey Blaylock texted Keith Parnell to say "you did
8 something horrible to my sister".  And the evidence will show
9 she did it in a way like she had just heard this from her
10 sister.
11    Well, some days later, again in late 2020, Kelsey
12 Blaylock posts to Facebook a post that was calculated to do
13 the maximum amount of damage, the maximum amount of chaos.  It
14 asserted that Mr. Parnell had done things, now Kelsey Blaylock
15 said, to her and her sister.
16    Again once we've gone through all of the witnesses,
17 presented all of the evidence, we'll share with you what we
18 think happened, but what you're going to find most importantly
19 is that with the few facts -- as we reach back decades, the
20 few facts that can be confirmed the witnesses are going to --
21 you're going to hear from the witnesses that in fact those
22 things that Kelsey Blaylock claims that we can confirm, we
23 find out they're not true.
24    Some of those were brought up by the government in the
25 opening statement.  For example that Kelsey was told by

1  Stephanie Hendrickson to keep it quiet or something like that.
2  The evidence will not show that.  That's not what I believe
3  you're going to hear from Stephanie Hendrickson, so please
4  listen carefully to what her testimony is.
5       That family members, including Anthony Parnell, told her
6  to keep it quiet, that other individuals told her to keep it
7  quiet.  You're going to find that the witnesses are going to
8  testify that that's not true.  There were two people in the
9  room for these claims.  What you're going to find is all of
10 these heinous things you just heard about in the opening
11 statement, there's going to be one witness for each of them
12 and that's the individuals, that's the twins that are making
13 the claim.
14      There aren't going to be witnesses, there isn't going to
15 be evidence from anybody else, and then those facts that we
16 can check we're going to find out they're not true, they're
17 not accurate.
18      The government touched on this briefly, that in fact
19 there is an extensive record that we can see of the twins,
20 Jasmine Parnell and Kelsey Blaylock, behaving not at all as
21 though these horrible things happened and it's something that
22 they can't run away from because we have the Facebook posts,
23 Instagram, everything.
24      Something they didn't bring up is the fact that the
25 evidence will show, at least with Jasmine Parnell, she had

1  Keith Parnell not only around her daughters but babysitting.
2  You'll have to ask yourself does this make sense, does this
3  all add up.
4       Ultimately you'll see some evidence of the twins
5  acting -- interacting extensively on Facebook with their dad,
6  telling them they love him, what a terrific dad he is for the
7  whole world to see.  They hosted his birthday parties.  They
8  celebrated him on Father's Day.  They were together for every
9  family gathering, for everything that most families gather
10 for, Christmas, Thanksgiving, Easter.  They went on camping
11 trips, they went to rock concerts together.
12      The government started to give you an explanation for why
13 an abused child would keep things quiet while they're in a
14 home, being afraid that their parents are going to be taken
15 away or they're going to be taken away from their parents.
16 But I would submit that you have to consider why after they
17 leave the home they would spend another 15 years behaving as
18 though it never happened, to not tell anybody, why they would
19 continue after experiencing horrific abuse to expose their
20 daughters to it.
21      Again I thank you for keeping an open mind throughout the
22 evidence.
23           THE COURT:  All right.  Thank you both for your
24 opening statements.  We'll start with the evidence after
25 lunch.  I remind you again not to talk amongst yourselves

1  about the case.  You're certainly welcome to talk about pets
2  and grandchildren and all of the other things people chitchat
3  about.
4      It's a little after 12:00.  If you could be back before
5  1:30, we'll get started promptly at 1:30.  Thank you.
6      (LUNCH RECESS TAKEN.)

**REPORTER'S CERTIFICATION**

I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

CERTIFIED:    S/Laura Griffin
              Laura Griffin, RPR, CRR
              United States Court Reporter
              333 W. 4th Street, RM 411
              Tulsa, OK  74301
              (918) 699-4879
              laura_griffin@oknd.uscourts.gov