```
         UNITED STATES DISTRICT COURT FOR THE
               NORTHERN DISTRICT OF OKLAHOMA


UNITED STATES OF AMERICA,        )
                                 )
            PLAINTIFF,            )
                                 )
vs.                              )  Case No. 21-CR-439-GWC
                                 )
                                 )
KEITH DUANE PARNELL,             )
                                 )
            DEFENDANT.           )
                                 )



         TRANSCRIPT OF JURY TRIAL PROCEEDINGS
      BEFORE THE HONORABLE GEOFFREY W. CRAWFORD
             UNITED STATES DISTRICT JUDGE
                  ON MARCH 10, 2022
                     VOLUME IV




              A P P E A R A N C E S

FOR THE PLAINTIFF:

REAGAN V. REININGER and CHANTELLE DIAL, Assistant United
States Attorneys, 110 West 7th Street, Suite 300, Tulsa, OK
74119

FOR THE DEFENDANT:

THEODORE M. HASSE, Wirth Law Office, 500 7th Street, Tulsa, OK
74119


Transcribed by:   Laura Griffin, RPR, CRR, Laura_Griffin@oknd.uscourts.gov
```

1              MARCH 10, 2022

2                VOLUME IV

3         THE COURT:  Is everybody ready for the jury?

4         MS. REININGER:  Yes, Your Honor.

5         MR. HASSE:   Yes, Your Honor.

6         THE COURT:  You can bring them in.

7      (THE FOLLOWING PROCEEDINGS WERE HAD IN OPEN COURT, WITHIN

8  THE PRESENCE AND HEARING OF THE JURY:)

9         DEPUTY COURT CLERK:  We're back this morning in case

10 number 21-cr-439, United States of America versus Keith Duane

11 Parnell.

12     Counsel, please make your appearances.

13         MS. REININGER:  Reagan Reininger and Chantelle Dial

14 on behalf of the United States.

15         MR. HASSE:   Theodore Hasse on behalf of Keith

16 Parnell.

17         THE COURT:  All right.  Thank you all.

18     All right.  We've reached the stage of the case in which

19 I'll read the jury instructions aloud.  As I said yesterday

20 you'll get copies of the instructions as well.  You'll also

21 receive exhibits and a verdict form on which to indicate your

22 resolution of the case one way or the other and a copy of the

23 indictment which includes only the seven charges which are for

24 you to consider.  Okay.

25         (JURY INSTRUCTIONS WERE READ TO THE JURY BUT NOT

1  DESIGNATED AS PART OF THIS RECORD.)
2      (THE FOLLOWING PROCEEDINGS WERE HAD IN OPEN COURT,
3  OUTSIDE THE PRESENCE AND HEARING OF THE JURY:)
4           THE COURT:  We had a request for a read back.  I'll
5  read the note aloud.  A note from the jury.  "May we hear the
6  testimony of Kelsey, MV 1, regarding Count 5, paren, fondling
7  breasts, closed paren, and Jasmine, MV 2's, testimony of Count
8  8.  Thank you."  And signed by the foreperson.
9      And my proposed response is, yes, we will bring -- we
10 will bring you into the courtroom to hear this testimony in a
11 few minutes.
12     I asked the reporter to locate, I think it's primarily
13 the direct testimony, but I would be glad to hear from both of
14 you and make sure that we read appropriately the parts we want
15 to hear.
16     (DISCUSSION HELD OFF THE RECORD REGARDING WHAT PORTION OF
17 THE TRANSCRIPT TO BE READ TO THE JURY.)
18     (AT THIS TIME THE DESIGNATED PORTION OF THE TRANSCRIPT
19 WAS READ TO THE JURY IN OPEN COURT BY THE COURT REPORTER.)
20     (JURY RETURNS TO DELIBERATIONS.)
21     (THE FOLLOWING PROCEEDINGS WERE HAD IN OPEN COURT,
22 OUTSIDE THE PRESENCE AND HEARING OF THE JURY:)
23          THE COURT:  All right.  For the record I have a
24 note.  It just states that "we've reached our verdict."  I
25 haven't responded to it.  We'll just bring them in and take

1  the verdict.
2       And we're ready for the jury.
3       (THE FOLLOWING PROCEEDINGS WERE HAD IN OPEN COURT, WITHIN
4  THE PRESENCE AND HEARING OF THE JURY:)
5              THE COURT:  Have a seat, everybody.  Please.
6       Mr. Foreperson, has the jury reached a verdict?
7              JUROR:  Yes, we have, Your Honor.
8              THE COURT:  If you could pass it to the court
9  officer, he'll pass it to me.  I'll take a look and our clerk
10 will read it aloud.
11             DEPUTY COURT CLERK:  In the United States District
12 Court for the Northern District of Oklahoma, United States of
13 America versus Keith Duane Parnell, defendant.  Case number
14 21-CR-439-GWC, verdict form.
15      What is your verdict as to Count 1:  Guilty.  What is
16 your verdict as to Count 2:  Guilty.  What is your verdict as
17 to Count 3:  Guilty.  What is your verdict as to Count 5:
18 Guilty.  What is your verdict as Count 6:  Guilty.  What is
19 your verdict as to Count 8:  Guilty.  What is your verdict as
20 to Count 10:  Guilty.
21      Dated March 10, 2022, and signed by the jury
22 foreperson.
23             THE COURT:  I'll take a minute to poll the jury,
24 which means I ask each one of you individually if in fact that
25 is your verdict.

```
1            (JURY WAS POLLED.)
2              THE COURT:  And so the record is clear, of course
3   Jurors 4 and 8 were excused previously as alternates.
4       All right.  Anything more for this jury at this time?
5              MS. REININGER:  Not on behalf of the government.
6              MR. HASSE:   No, Your Honor.
7              THE COURT:  All right.  I'll excuse you.  I'll come
8   back and just thank you myself personally for a couple of
9   minutes.
10       I'll return to the courtroom.  I ask that everybody stay
11  put and we'll take up any remaining issues that need to be
12  resolved.  Okay.  Back in a minute.
13       (THE FOLLOWING PROCEEDINGS WERE HAD IN OPEN COURT,
14  OUTSIDE THE PRESENCE AND HEARING OF THE JURY:)
15             THE COURT:  All right.  The government's position on
16  detention?
17             MS. REININGER:  Your Honor.  At this time we would
18  ask that the defendant be detained pursuant -- well, Ms. Dial
19  would handle the argument if the Court wishes to hear it.
20             THE COURT:  I think given the presumptive defense
21  posture following conviction the burden of going forward would
22  be on you, Mr. Hasse.  I'm glad to hear from you first and
23  then from the government.
24             MR. HASSE:  Your Honor, it's our belief we will not
25  be able to overcome the burden on this one with regards to
```

```
 1  detention.  We will be seeking to renew our motion for a
 2  judgment of acquittal.
 3              THE COURT:  Sure.  Yes, and totally fine, but no
 4  opposition to detention at this time?
 5              MR. HASSE:  No, Your Honor.
 6              THE COURT:  Okay.  No in the sense of; correct?
 7              MR. HASSE:  I'm sorry?
 8              THE COURT:  My question was not a good one.  No in
 9  the sense of that's correct?
10              MR. HASSE:  That is correct, Your Honor.
11              THE COURT:  All right.  So anything further to add
12  on that issue from the government's side?
13              MS. DIAL:  No, Your Honor.
14              THE COURT:  All right.  So I'll order Mr. Parnell
15  detained at this time and the next step is I'll look for the
16  renewed motion which is fine of course.
17           Anything more from the prosecution?
18              MS. DIAL:  No, Your Honor.
19              THE COURT:  All right.  Anything more from the
20  defense?
21              MR. HASSE:  No, Your Honor.
22              THE COURT:  I think that's as much as we can do
23  today.  All right.  So thank you all for your patience.
24              MS. REININGER:  Do you have a sentencing date?
25              THE COURT:  I don't now because I've got to make a
```

1  trip.  Do we have one?
2         DEPUTY COURT CLERK:  We don't.
3         THE COURT:  We'll send notice.
4         DEPUTY COURT CLERK:  It's a separate minute.
5         THE COURT:  I will likely come out, you know, after
6  the PSR is done.  Do what we can.  Okay.  Good enough.  Thank
7  you.
8      (PROCEEDINGS WERE CONCLUDED.)
9
10
11                    **REPORTER'S CERTIFICATION**
12     I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT
13  TRANSCRIPT OF THE PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
14
15             CERTIFIED:    S/Laura Griffin
                             Laura Griffin, RPR, CRR
16                           United States Court Reporter
                             333 W. 4th Street, RM 411
17                           Tulsa, OK  74301
                             (918) 699-4879
18                           laura_griffin@oknd.uscourts.gov
19
20
21
22
23
24
25